AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cr-0034-CRC-2 |
| Jacob Fracker | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jacob Fracker                                                                                                                .

Date:  02/10/2021

Bernard F. Crane /s/
*Attorney's signature*

Bernard F. Crane 386978
*Printed name and bar number*

10560 Main Street
Suite 310
Fairfax, Virginia  22030
*Address*

berncr@aol.com
*E-mail address*

(202) 486-6555
*Telephone number*

*FAX number*