| Date received by FFL | Firearm Information | Received from |
|---|---|---|
| 05.12.2021 | Finnish Mosin-Nagant, model M39, 7.62X54, SN: 70127 | Highland Guns |
| 06.09.2020 | Saganov Steering Gear, M1 Carbine, 30 calibers, SN: 3413204 | Global Firearms |
| 06.09.2021 | Browning, Superimposed Pigeon Ga., 12ga Shotgun, SN: 56544 | ▮ Fincastle, VA |
| 06.09.2021 | Browning, Superimosed pigeon Ga., 12g Shotgun, SN: 56545 | ▮ Fincastle, VA |
| 06.15.2021 | International Harvester Corp., M1, 30-06 Rifle, SN: 5204599 | 10x Gunsmiths |
| 06.11.2021 | Colt, 1911 Combat Cmmander, 45Cal pistol, SN: 705C43006 | Shore Tactical |
| 06.21.2021 | Springfield Armory, M1, 30-06 Rifle, SN: 2510235 | ▮ |
| 06.21.2021 | Springfield Armory, M1, 30-06 Rifle, SN: 3566161 | ▮ |
| 06.21.2021 | Springfield Armory, M1, 30-06 Rifle, SN: 2210671 | ▮ |
| 06.25.2021 | Rockola, M1 Carbine, 30 Carbine, SN: 4555369 | ▮ Missouri |
| 05.03.2021 | Springfield Armory, M1 Garand 30-03 Rifle, SN 6081780 | AAFT |
| 05.03.2021 | H&R, M1 Garand, 30-06 Rifle, SN: 5620402 | ▮ |
| 05.10.2021 | Springfield Armory, M1, .30M1 Recever, SN: 434312 | The Armory of Wilmont |
| 05.10.2021 | Springfield Armory, M1, .30M1 Recever, SN: 1359680 | The Armory of Wilmont |
| 05.102021 | Rockola, M1 Carbine, 30M1 Carb. Rifle, SN: 1736245 | Eastern Branch Firearms |
| 04.15.2021 | Inland MFG., M1, .30 M1 Rifle, SN: 6260207 | Eastern Branch Firearms |
| 04.29.2021 | Springfield Armory, M1, 30-06 Rifle, SN: 5450604 | ▮ Greenboro, GA |
| 04.01.2021 | FNH, Scar 175, 7.62x51, SN: HC16073 | ▮ Goose Creek, SC |
| 03.26.2021 | Benilli, M4, 12G Shotgun, SN: Y011962 | ▮ Bassett, VA |
| 03.26.2021 | Finnish Springfield Armory, M29, 7.62x54 Rifle, SN: 47185 | ▮ |
| 03.08.2021 | Benilli, M4, 12G Shotgun, SN: Y130369Q20 | ▮ Bowling Green, OH |
| 03.01.2021 | Benilli, M4, 12G Shotgun, SN: Y119455N20 | ▮ |

| | | |
|---|---|---|
| 02.26.2021 | Norinco, SKS, 7.62x39 Rifle, SN: 24152902 | Second Amendment Arms |
| 02.26.2021 | Norinco, SKS, 7.62x39 Rifle, SN: 241155918 | Second Amendment Arms |
| 02.26.2021 | Norinco, SKS, 7.62x39 Rifle, SN:24147934 | Second Amendment Arms |
| 02.26.2021 | Norinco, SKS, 7.62x39 Rifle, SN:24140362 | Second Amendment Arms |
| 02.05.2021 | PSA, M16A4, 223/5.56 Rifle, SN: 20007305 | Lipan, TX |
| 02.05.2021 | Colt, M4, 223 Rifle, SN: CR707457 | Amarillo, TX |
| 01.20.2021 | PSA, PA-15, Multi Cal. Rifle, SN, LW09601 | Shane's Firearms Dest. |
| 01.20.2021 | PSA, PA-15, Multi Cal. Rifle, SN, LW09602 | Shane's Firearms Dest. |
| 05.24.2021 | Eddystone,1917, 30-06 Rifle, SN: 1290886 | NE Guns & Parts |
| 05.24.2021 | Springfield Armory, M1, 30-06 Rifle, SN: 5794351 | |
| 05.19.2021 | Finnish Mosin-Nagent, M39, 7.62x54 Rifle, SN:253008 | Highland Guns |
| 07.02.2021 | Springfield Armory, M1, 30-06 rifle, serial number 530588 | |
| 07.02.2021 | Springfield Armory, M1, 30-06 rifle, serial number 327048 | Top Gun Shop |
| 07.02.2021 | Springfield Armory, M1, 30-06 rifle, serial number 3558864 | Anderson Ranch and Gun |