| | |
|---|---|
| **Type** | Comments |
| **Summary** | Thomas Robertson commented. `I'm absolutely ready for that,when the other option is living as a slave with no way to change the path of government.  Up until this year I still (perhaps foolishly )thought that we had a voice. That our votes mattered. I've always thought it was my choice to wear a mask or have drugs injected into my body. When the people who want to control everything own the media and the voting machines you no longer live in a Republic. That quite literally is what the 2nd amendment is for,but weapons without the will to use them are worthless. If war is enevitable make it in my time,not my Grandchildrens.` |
| **Object Id** | S:_I1295375580:3910060559012398:2 |
| **Time** | 2020-12-19 15:41:38 UTC |
| **Type** | Tagged by Others |
| **Summary** | Tommy Gleim mentioned you in a comment. Content owned by Garry Collins (100000501722805) |
| **Object Id** | S:_I1295375580:10219245577472314:1 |
| **Time** | 2020-12-19 15:12:28 UTC |
| **Type** | Shares |
| **Summary** | |
| **Object Id** | S:_I1295375580:10219262445253998 |
| **Time** | 2020-12-19 15:05:51 UTC |
| **Type** | Comments |
| **Summary** | Thomas Robertson commented. `Not at all. Civility has left me. Im tired of always taking the high road and being beat by those who cheat, lie, and steal to win and then allow their media to paint me as the bad guy. I won't be disenfranchised. I'll follow the path our founders gave us. Redress of grievances (already done) civil disobedience (here now) and then open armed rebellion. I've spent  the last 10 years fighting an insurgency in Iraq and then Afghanistan.  Im prepared  to start one here and know a bunch of like minded and trained individuals. ` |
| **Object Id** | S:_I1295375580:3910060559012398:1 |
| **Time** | 2020-12-17 02:59:37 UTC |
| **Type** | Tagged by Others |
| **Summary** | Rodney Lawless mentioned you in a comment. Content owned by Rodney Lawless (100000254779135) |
| **Object Id** | S:_I1295375580:10219245577472314:0 |
| **Time** | 2020-12-17 02:44:29 UTC |
| **Type** | Comments |
| **Summary** | Thomas Robertson commented. `I and many others are going to Richmond 1/18/21 fully armed and equipped.  Richmond has passed an ordinance prohibiting firearms. I will not be disarmed and I will not be arrested.  Its Northams call on if he wants to deal with 45,000 armed men and women practicing civil disobedience and turn it into active resistance. ` |
| **Object Id** | S:_I1295375580:3910060559012398:0 |