# Ex. 402 at 2:16:17 pm



# Ex 901, 17:26 timestamp, 2:16:17 pm

