


**Extraction Report** - Cellebrite Reports

## Instant Messages (8)

⚠ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| 1 | Phone | | Pat Neighbor * | Timestamp:<br>4/10/2021 2:25:51 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Are you home??<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Pat Neighbor<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | | |
| 2 | Phone | Pat Neighbor * | | Timestamp:<br>4/10/2021 3:11:22 PM(UTC-4) | **Direction:** Incoming<br>**Body:** No up in Roanoke. What's up?<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | | |
| 3 | Phone | | Pat Neighbor * | Timestamp:<br>4/10/2021 3:12:02 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Not a thing. Just seeing if I could stop by and pick a few things up<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Pat Neighbor<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | | |
| 4 | Phone | Pat Neighbor * | | Timestamp:<br>4/10/2021 3:13:03 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Will be home in about an hour or so. Will text, when we get home.<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | Phone | | Pat Neighbor * | Timestamp: 4/10/2021 5:41:37 PM(UTC-4) | Direction: Outgoing  Body: Is now good?  Participants:  Participant     Delivered     Read     Played  [redacted] Pat Neighbor  Source Extraction: Advanced Logical  Status: Sent  Message Type: SMS  Folder: Sent | | |
| 6 | Phone | Pat Neighbor * | | Timestamp: 4/10/2021 5:42:11 PM(UTC-4) | Direction: Incoming  Body: Yep  Source Extraction: Advanced Logical  Status: Read  Message Type: SMS  Folder: Inbox | | |
| 7 | Phone | | Pat Neighbor * | Timestamp: 4/10/2021 5:44:06 PM(UTC-4) | Direction: Outgoing  Body: Meet at the basement door in 5?  Participants:  Participant     Delivered     Read     Played  [redacted] Pat Neighbor  Source Extraction: Advanced Logical  Status: Sent  Message Type: SMS  Folder: Sent | | |
| 8 | Phone | Pat Neighbor * | | Timestamp: 4/10/2021 5:44:25 PM(UTC-4) | Direction: Incoming  Body: Okay  Source Extraction: Advanced Logical  Status: Read  Message Type: SMS  Folder: Inbox | | |