


**Extraction Report** - Cellebrite Reports

### Participants


Buckley Ed *

### Conversation - Instant Messages (21)



To: Buckley Ed
Have you seen ANY video that looks like cameras from in the Capitol?? I'm almost starting to think that some Capitol police officer may have disappeared it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Buckley Ed | | | |

Status: Sent

4/5/2021 12:36:11 PM(UTC-4)

Source Extraction: Advanced Logical



To: Buckley Ed
It would be all over CNN if it existed and showed what they wanted it to

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Buckley Ed | | | |

Status: Sent

4/5/2021 12:37:24 PM(UTC-4)

Source Extraction: Advanced Logical



From: Buckley Ed
TJ, as you well know, they never served, and are fucking cowards
Status: Read

4/5/2021 5:09:48 PM(UTC-4)

Source Extraction: Advanced Logical











**From:** Buckley Ed
Correct...fuck em
Status: Read
4/5/2021 5:18:32 PM(UTC-4)

Source Extraction: Advanced Logical



**To:** Buckley Ed
If you truly understand that your enemy wants you and your family dead... thats when the Saxon begins to hate

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Buckley Ed | | | |

Status: Sent
4/5/2021 5:22:26 PM(UTC-4)

Source Extraction: Advanced Logical



**From:** Buckley Ed
I do...but they cannot shoot
Status: Read
4/5/2021 5:23:40 PM(UTC-4)

Source Extraction: Advanced Logical



**To:** Buckley Ed
I'm being conditioned to cross the Rubicon and not look back. Next time its all the way.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Buckley Ed | | | |

Status: Sent
4/5/2021 5:33:59 PM(UTC-4)

Source Extraction: Advanced Logical



**From:** Buckley Ed
You are a young man...my motto: it will get bad when those of us who want to be left alone are not
Status: Read
4/5/2021 5:37:11 PM(UTC-4)

Source Extraction: Advanced Logical



To: [redacted] Buckley Ed
I'm 48. My kids are adults and I can still run a 16 minute 2 mile with a 30lb pack. I am as dangerous as I'll ever be

Participant | Delivered | Read | Played
[redacted] Buckley Ed

Status: Sent
4/5/2021 5:38:51 PM(UTC-4)

Source Extraction: Advanced Logical



From: [redacted] Buckley Ed
...and can run a gun
Status: Read
4/5/2021 5:39:57 PM(UTC-4)

Source Extraction: Advanced Logical



To: [redacted] Buckley Ed
Better than most!!

Participant | Delivered | Read | Played
[redacted] Buckley Ed

Status: Sent
4/5/2021 5:40:28 PM(UTC-4)

Source Extraction: Advanced Logical



From: [redacted] Buckley Ed
Aim small shoot small
Status: Read
4/5/2021 5:41:43 PM(UTC-4)

Source Extraction: Advanced Logical



To: [redacted] Buckley Ed
I feel that the time is growing nigh

Participant | Delivered | Read | Played
[redacted] Buckley Ed

Status: Sent
4/5/2021 5:42:31 PM(UTC-4)

Source Extraction: Advanced Logical

**From:** [redacted] Buckley Ed
TJ, we are close
**Status:** Read
4/5/2021 5:43:22 PM(UTC-4)

Source Extraction:
Advanced Logical

**To:** [redacted] Buckley Ed
Unfortunately, I agree

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] Buckley Ed | | | |

**Status:** Sent
4/5/2021 5:43:48 PM(UTC-4)

Source Extraction:
Advanced Logical

**To:** [redacted] Buckley Ed
Lions don't care about the bleating of sheep.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] Buckley Ed | | | |

**Status:** Sent
4/5/2021 7:32:53 PM(UTC-4)

Source Extraction:
Advanced Logical