


**Extraction Report** - Cellebrite Reports

## Instant Messages (64)

⚠ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| 1 | Phone | Mark * | | Timestamp: 2/25/2021 8:49:01 AM(UTC-5) | Direction: Incoming<br>Body: Hey TJ...I wanted to give you some stuff. Are you around tomorrow afternoon<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |
| 2 | Phone | | Mark | Timestamp: 2/25/2021 8:50:40 AM(UTC-5) | Direction: Outgoing<br>Body: Yes. I have nothing going on tomorrow. I can meet you in town if you want.<br>Participants:<br>Participant    Delivered    Read    Played<br>Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | | |
| 3 | Phone | Mark * | | Timestamp: 2/25/2021 9:01:16 AM(UTC-5) | Direction: Incoming<br>Body: Ok. How about 1600 wherever you want<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |
| 4 | Phone | | Mark | Timestamp: 2/25/2021 9:02:06 AM(UTC-5) | Direction: Outgoing<br>Body: Sounds good to me.!<br>Participants:<br>Participant    Delivered    Read    Played<br>Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | | |
| 5 | Phone | Mark * | | Timestamp: 2/26/2021 3:43:33 PM(UTC-5) | Direction: Incoming<br>Body: What are you driving<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |

| # | Type | From | To | Timestamp | Content |
|---|------|------|-----|-----------|---------|
| 6 | Phone | | [redacted] Mark | 2/26/2021 3:44:20 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Silver Chevy pick up<br>**Participants:**<br>Participant / Delivered / Read / Played<br>[redacted] Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 7 | Phone | [redacted] Mark * | | 2/26/2021 3:45:03 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Ok. I just got here<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 8 | Phone | | [redacted] Mark | 2/26/2021 5:26:26 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Where would I go about getting pins? Those went swimming too<br>**Participants:**<br>Participant / Delivered / Read / Played<br>[redacted] Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 9 | Phone | [redacted] Mark * | | 2/26/2021 5:27:57 PM(UTC-5) | **Direction:** Incoming<br>**Body:** You can get that off the internet. It is legal to purchase nose in Virginia. You'll want to find a site where the box is about 20 for a hundred. I can f<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 10 | Phone | [redacted] Mark * | | 2/26/2021 5:27:57 PM(UTC-5) | **Direction:** Incoming<br>**Body:** ind some links if you need a hand.<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 11 | Phone | | [redacted] Mark | 2/26/2021 5:30:40 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** CVS or????<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Whitefleet Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |

| # | Type | From | To | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 12 | Phone | [redacted] Mark * | | 2/26/2021 5:31:36 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Potentially yes. I've known people who went to Walmart but they sometimes want a prescription. You don't need that purchasing them off the internet<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 13 | Phone | | [redacted] Mark | 2/26/2021 5:31:49 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Gotcha<br>**Participants:**<br>Participant    Delivered    Read    Played<br>[redacted] Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 14 | Phone | [redacted] Mark * | | 2/26/2021 5:35:58 PM(UTC-5) | **Direction:** Incoming<br>**Body:** You want to three, 23 gauge syringe plus needle l l ke becton Dickinson<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 15 | Phone | [redacted] Mark * | | 2/26/2021 5:36:57 PM(UTC-5) | **Direction:** Incoming<br>**Body:** 1 or 1 and 1/2 inch needle<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 16 | Phone | | [redacted] Mark | 2/26/2021 5:46:28 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Thank you!<br>**Participants:**<br>Participant    Delivered    Read    Played<br>[redacted] Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 17 | Phone | [redacted] Mark * | | 2/26/2021 5:49:29 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Oops 3ml or cc syringe. I'll send a pic of the label in a minute<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |

| # | Type | From | To | Timestamp | Message |
|---|---|---|---|---|---|
| 18 | | Mark * | | 2/26/2021 6:02:42 PM(UTC-5) | **Direction:** Incoming<br>**Body:** The best price i found recently was off a veterinarian website<br>**Participants:** Participant / Delivered / Read / Played<br>**Attachments:** 2021022695180145.jpg<br>**Source Extraction:** Advanced Logical<br>**Source file:** Attachments/0/2021022695180145.jpg : (Size: 295390 bytes)<br>**Status:** Read<br>**Message Type:** MMS<br>**Folder:** Inbox |
| 19 | Phone | | Mark | 2/26/2021 6:13:24 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Thanks!<br>**Participants:** Participant / Delivered / Read / Played — Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 20 | Phone | Mark * | | 2/26/2021 6:14:40 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Not at all! Amazing to see you. Thank you again for dinner!<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 21 | Phone | | Mark | 2/26/2021 7:08:41 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** CVS will sell them to you for. 17 each but they give you the stink eye. I bought enough to make do until an online order gets here.<br>**Participants:** Participant / Delivered / Read / Played — Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 22 | Phone | Mark * | | 2/26/2021 7:15:08 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Lmao. Fucking aholes. I have a couple boxes if need arrives. Sorry I did ask beforehand.<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |

| # | Type | From | To | Timestamp | Message | | |
|---|---|---|---|---|---|---|---|
| 23 | Phone | [redacted] Mark * | | Timestamp: 2/26/2021 8:04:15 PM(UTC-5) | Direction: Incoming<br>Body: Oh...since you are a survivalist...do you have ant biotics on hand?<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |
| 24 | Phone | [redacted] Mark * | | Timestamp: 2/26/2021 8:06:05 PM(UTC-5) | Direction: Incoming<br>Body: If not you can go to fishmoxfishflex.com and get a bunch of antibiotics<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |
| 25 | Phone | [redacted] t Mark * | | Timestamp: 2/26/2021 8:06:56 PM(UTC-5) | Direction: Incoming<br>Body: They advertise as fish and bird ant biotics but they are the same things we take.<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |
| 26 | Phone | | [redacted] Mark | Timestamp: 2/26/2021 8:17:42 PM(UTC-5) | Direction: Outgoing<br>Body: I have a fridge full of them Brother!<br>Participants:<br>Participant  Delivered  Read  Played<br>[redacted] Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | | |
| 27 | Phone | | [redacted] Mark | Timestamp: 2/26/2021 8:17:52 PM(UTC-5) | Direction: Outgoing<br>Body: All different types<br>Participants:<br>Participant  Delivered  Read  Played<br>[redacted] Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | | |
| 28 | Phone | [redacted] Mark * | | Timestamp: 2/26/2021 8:18:24 PM(UTC-5) | Direction: Incoming<br>Body: Ok. I should have known.<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |
| 29 | Phone | [redacted] Mark * | | Timestamp: 2/26/2021 8:19:02 PM(UTC-5) | Direction: Incoming<br>Body: Another reason I love you!<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |

| # | Phone | From | To | Timestamp | Body |
|---|---|---|---|---|---|
| 30 | Phone | Mark * | | 2/27/2021 8:33:07 AM(UTC-5) | **Direction:** Incoming<br>**Body:** Hey man i am so grateful you shared with me what you did. Keeping that in mind...how fucking dare you for giving me shit for giving you money. You are a<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 31 | Phone | Mark * | | 2/27/2021 8:33:13 AM(UTC-5) | **Direction:** Incoming<br>**Body:** ope to eat with you again soon!<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 32 | Phone | Mark * | | 2/27/2021 8:33:14 AM(UTC-5) | **Direction:** Incoming<br>**Body:** You are my hero!<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 33 | Phone | Mark * | | 2/27/2021 8:33:28 AM(UTC-5) | **Direction:** Incoming<br>**Body:** unique person in a unique position. I'm glad you don't need money. You've earned all of it. Send that to the man you are funding if you can't use it. I h<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 34 | Phone | | Mark | 2/27/2021 8:39:50 AM(UTC-5) | **Direction:** Outgoing<br>**Body:** We need to make it a regular thing Brother, for sure. I miss your stinky ass<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 35 | Phone | | Mark | 5/26/2021 12:54:30 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Any openings for dinner.?<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 36 | Phone | Mark * | | 5/26/2021 4:35:49 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Hopefully next week. I am working my day off and rebuilding my back the other day off.<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |

| # | Type | From | To | Timestamp | Details |
|---|------|------|-----|-----------|---------|
| 37 | Phone | ▇ Mark * | | 5/26/2021 4:35:58 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Back deck<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 38 | Phone | | ▇ Mark | 5/26/2021 4:39:29 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Roger. Let me know. Need to see your ugly ass face!<br>**Participants:**<br>Participant / Delivered / Read / Played<br>▇ Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 39 | Phone | ▇ Mark * | | 5/26/2021 4:42:18 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Lol. Need any vitamins<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 40 | Phone | | ▇ t Mark | 5/26/2021 4:42:32 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Soon.<br>**Participants:**<br>Participant / Delivered / Read / Played<br>▇ t Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 41 | Phone | ▇ Mark * | | 5/26/2021 4:42:38 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Ok<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 42 | Phone | | ▇ Mark | 5/26/2021 4:42:59 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** I can PP if still good<br>**Participants:**<br>Participant / Delivered / Read / Played<br>▇ Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 43 | Phone | ▇ 4 Mark * | | 5/26/2021 4:43:45 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I had a problem with them recently so maybe not.<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |

| # | Type | | | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 44 | Phone | | ▇▇▇ Mark | 5/26/2021 4:44:31 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Advise whatever method<br>**Participants:**<br>Participant / Delivered / Read / Played<br>▇▇▇ Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 45 | Phone | ▇▇▇ Mark * | | 5/26/2021 7:41:18 PM(UTC-4) | **Direction:** Incoming<br>**Body:** How close are you? Should I mail it or can you wait until next week<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 46 | Phone | | ▇▇▇ Mark | 5/26/2021 7:48:52 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** I can wait!<br>**Participants:**<br>Participant / Delivered / Read / Played<br>▇▇▇ Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 47 | Phone | ▇▇▇ t Mark * | | 5/26/2021 7:49:17 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Ok<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 48 | Phone | ▇▇▇ Mark * | | 5/26/2021 10:45:45 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Friday opened up if you want to meet up<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 49 | Phone | | ▇▇▇ Mark | 5/26/2021 10:46:07 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Absolutely<br>**Participants:**<br>Participant / Delivered / Read / Played<br>▇▇▇ t Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 50 | Phone | ▇▇▇ Mark * | | 5/26/2021 10:46:24 PM(UTC-4) | **Direction:** Incoming<br>**Body:** When and where<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |

| # | Type | From | To | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 51 | Phone | | Mark | Timestamp: 5/26/2021 10:47:21 PM(UTC-4) | Direction: Outgoing<br>Body: Rio at 1600?<br>Participants:<br>Participant / Delivered / Read / Played<br>▉ Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 52 | Phone | Mark * | | Timestamp: 5/26/2021 10:47:43 PM(UTC-4) | Direction: Incoming<br>Body: Sounds great<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 53 | Phone | | Mark | Timestamp: 5/26/2021 10:49:28 PM(UTC-4) | Direction: Outgoing<br>Body: 3x vitamin possble?<br>Participants:<br>Participant / Delivered / Read / Played<br>▉ Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 54 | Phone | | Mark | Timestamp: 5/26/2021 10:51:22 PM(UTC-4) | Direction: Outgoing<br>Body: 130 each?<br>Participants:<br>Participant / Delivered / Read / Played<br>▉ Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 55 | Phone | Mark * | | Timestamp: 5/26/2021 10:51:45 PM(UTC-4) | Direction: Incoming<br>Body: No. 3 times 0.<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 56 | Phone | | Mark | Timestamp: 5/26/2021 10:52:13 PM(UTC-4) | Direction: Outgoing<br>Body: Fuck. Your. Couch.<br>Participants:<br>Participant / Delivered / Read / Played<br>▉ Mark<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |

| # | Type | | | Timestamp | Details | |
|---|---|---|---|---|---|---|
| 57 | Phone | Mark * | | 5/26/2021 10:52:53 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Lmao. Suck it up!<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 58 | Phone | | Mark | 5/28/2021 7:27:01 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Thank you again Brother. Great seeing you!<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 59 | Phone | Mark * | | 5/28/2021 8:38:41 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Great seeing you! Stay safe!<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 60 | Phone | | Mark | 5/29/2021 2:02:02 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Would going from .5 2x a week to 1.0 2x a week cause any problems or concerns?<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 61 | Phone | Mark * | | 5/29/2021 3:16:38 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I don't think so<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 62 | Phone | | Mark | 5/29/2021 3:19:23 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** OK!!<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Mark<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |

| 63 | Phone | Mark * | | Timestamp:<br>5/29/2021 3:20:31 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>250 mg a week is still a relatively low dose. If you find you are holding water or have nipple itching or sensitivity let me know. I have an aromatase in<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | | |
| 64 | Phone | Mark * | | Timestamp:<br>5/29/2021 3:20:31 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>hibitor to take care of those issues<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | | |