FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry     04/25/2022

  On April 4, 2022, Air Force Office of Special Investigations Special Agent (SA) Alexandra McDonald received official records of Thomas Robertson's Army service. This FD-302 references Robertson's official records and they are contained in Serial 201 of 176-WF-3366759.

  Upon receipt of the records, SA Christen Holcombe compared key information captured in the records with statements provided by or communications made by Robertson about his Army service; specifically, emails between Robertson and a Roanoke Times Reporter, information reported about Robertson by The Floyd Beacon and Christian Science Monitor, information provided by Robertson to defense attorney Mark Rollins for an official opposition filing, and personal text messages sent by Robertson from a phone seized on June 29, 2021, pursuant to a search warrant.

  Various inconsistencies existed between details in official records and details in the aforementioned communications. The purpose of this FD-302 is to document the inconsistencies.

**Details about Robertson's Army service communicated by him in interviews or statements**

  "Thomas Robertson…spent 18 months in Iraq as a sniper for the U.S. Army Rangers." William Paine of The Floyd Beacon reported this information on January 31, 2022. Robertson was interviewed for and quoted in the article. [Attached via 1A as "Floyd Beach January 31 2022 Article."]

  "Mr. Robertson joined the U.S. Army in 1990. Over the next several years, he graduated from Ranger and sniper school while earning his civil engineering degree from Virginia Tech, taking some of his classes at Fort Bragg. Around 2000, he joined the Army reserves and began a more than two-decade career with the Rocky Mount Police Department – spending 18 months

---

Investigation on  04/19/2022  at  Washington, District Of Columbia, United States (, Other (Review of evidence and open source))

File #  176-WF-3366759-ROBERTSON, 4-RH-3459979                   Date drafted  04/19/2022

by  HOLCOMBE CHRISTEN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

between 2007 and 2008 in Iraq as a sniper." Story Hinckley of the Christian Science Monitor reported this information on April 4, 2022. Robertson was interviewed for and quoted in the article. [Attached via 1A as "Christian Science Monitor 4 April 2022 Article."]

In emails seized pursuant to a criminal search warrant, Robertson corresponded with Roanoke Times reporter Mike Allen (Allen). In the emails, Allen asked Robertson about inconsistencies in Robertson's statements about his service. In response, Robertson attached three pictures to an email. Two of the pictures appeared to be of Robertson in 2008 in Iraq during his deployment to Operation Iraqi Freedom. The third picture did not include Robertson's face but shows what appeared to be his Class A Army uniform adorned with infantry branch insignia, a Ranger tab, a Combat Infantryman Badge, a Purple Heart, an Army Commendation Medal with valor device (ARCOM with V), Afghanistan Campaign Medal, and Basic Parachutist Badge, among other awards. [Attached via 1A as "Mike Allen Emails 1."] This cropped picture matched another picture texted to Ed Buckley (Buckley), which was uncropped and included Robertson's face. [Attached via 1A as "Fake Army Photo."].

In a follow-on email, Robertson commented to Allen, "I was deployed with the US Army as a Sniper in support of operation Iraqi freedom where I was awarded a bronze star and ARCOM with V device. From 2005 to 2008 because I extended my tour to augment the unit who was relieving us. I was honorably discharged in 2010 as a Sergeant First class. I am a graduate of US Army ranger school and LRRP." [Attached via 1A as "Mike Allen Emails 2"]

In defense attorney Mark Rollins' request for the Court to deny the Government's motion to revoke Robertson's release order on June 30, 2021, Rollins attested, "Mr. Robertson served in the United States Army from 1991 to 1994 in the Airborne Infantry Division. While in that Division, he became a Ranger and Sniper school graduate….In 2001 he rejoined the United States Army in the Reserves, where he was retrained as a Calvary Scout and Military Police Officer." [Attached via 1A as "Defense Motion 04 July 2021."]

Pursuant to a subpoena, the town of Rocky Mount provided Robertson's personnel records to the FBI. As part of those records, the town included

three applications and accompanying resumes for the three occasions Robertson applied to the Rocky Mount Police Department (RMPD), the first from June 9, 2003, the second from November 14, 2012, and the third from March 3, 2014. [Attached via 1A as "Three RMPD Resumes."]

The first date of Army service Robertson documented in any of the three applications is "2005-2010 United States Army Reserve Military Police." In a separate section, he documented "2007-2008 United States Army Light Infantry" and "U.S. Army Ranger school graduate." There was no Army service claimed on any of the applications that predates 2005.

Robertson's personal cell phone was seized on June 29, 2021 pursuant to a criminal search warrant. In a text conversation found on the phone, Robertson discussed his Army service with Buckley. In the conversation, Robertson included a photo of himself, mentioned previously in this FD-302. Robertson claimed, "Starting in 1991 and gong through 2011 I have given more sweat, tears, and blood than any 50 of them. Along with those comments, he attached three photos; two of himself overseas, and a popular photo of Delta Force members deployed to Mogadishu. Robertson is not present in the photo from Mogadishu. [Attached via 1A as "Robertson Text with Buckley."]

In a conversation from the same cell phone, Robertson detailed his Ranger School experience at length to Fracker. He texted a picture of Ranger School Class 9-93 and identified himself in the picture to Fracker. [Attached via 1A as "Robertson and Fracker Ranger Texts."]

In a conversation from the same cell phone, Robertson sends a picture to Fracker touting his accolades from the Army. The picture captured an award he received in the Army; an ARCOM. This ARCOM appears in his official records. However, it does not include a "valor" designation. [Attached via 1A as "Robertson Text with Fracker ARCOM."]

**Inconsistencies between Robertson's account to others and his official Army record**

<u>Highest Achieved Rank</u>

According to Robertson's official Army records, the last action taken by the

U.S. Army related to Robertson was to discharge him honorably from the Army Reserves at the rank of Specialist (E-4) in the Military Occupational Specialty (MOS) of 31B Military Police on August 27, 2009. However, in correspondence with Allen, Robertson claimed to have achieved the rank of Sergeant First Class (E-7), three ranks above the rank documented in his records.

Assigned Military Occupational Specialty

Robertson's records indicated he was only ever trained in and assigned the MOS of 31B Military Police. However, in a picture of Robertson sent by text to Ed Buckley, Robertson wore a blue cord and infantry branch insignia on his uniform. [Attached via 1A as "Fake Army Photo"]. In a picture sent to Allen by email, Robertson wore infantry branch insignia on his uniform. [Attached via 1A as "Mike Allen Emails 1"]. The blue cord and infantry branch insignia are only worn by Soldiers who have completed U.S. Army Infantry Advanced Individual Training (AIT) and been assigned an 11-series MOS. Neither of these were captured in Robertson records.

U.S. Army Ranger School, Ranger Tab, and serving with the U.S. Army Rangers

"After a thorough investigation, SR TAC has found that Robertson, Thomas did not graduate from Ranger Class 9-93. He currently does not have a "Green Card" which would signify that Robertson, Thomas did not even in-process Ranger School at any point in time. SR TAC has confirmed this with both digital records, hard copy records, and a two person check." This memo was received pursuant to a trial subpoena. [Attached via 1A as "Robertson Ranger Memo."]

The aforementioned memo confirms Robertson was not an Army Ranger School graduate as he claimed in two RMPD applications, in email communication with Allen, and in text communications with Jacob Fracker (Fracker) when he claimed to have graduated in Ranger School Class 9-93. Robertson's records show he was not even a service member in 1993.

As far as Robertson's claims to the Floyd Beacon of having spent "18 months in Iraq as a sniper for the U.S. Army Rangers," there was no proof in his

records. He was assigned to Charlie Troop, 2-183 Cavalry with the Virginia Army National Guard during his only combat deployment to Operation Iraqi Freedom. It is possible this National Guard unit supported the U.S. Army Rangers in some capacity.

<u>Purple Heart</u>

Robertson's official records do not document his receipt of a Purple Heart, nor did he provide any record of the award to the RMPD, despite having provided copies of other Army awards to the RMPD. Purple Hearts are awarded to service members who are wounded or killed while involved in an armed battle against opposing armed forces. Of note, Department of Defense contractors are not authorized to receive the Purple Heart if wounded in a combat theater.

<u>Combat Infantryman Badge</u>

Robertson's official records do not document receipt of the Combat Infantryman Badge (CIB). However, in a picture Robertson sent by text to Buckley and by email to Allen, Robertson wore a uniform with a CIB. The badge is awarded to infantrymen who fought in active ground combat while assigned as members of an Infantry unit at any time after December 6, 1941. Robertson's records do not show assignment to an infantry unit, designation of Robertson as an infantryman (which would require graduation from Infantry AIT), or receipt of a CIB.

<u>Bronze Star</u>

Robertson's official records do not document his receipt of a Bronze Star, nor did he provide any record of the award to the RMPD, despite having provided copies of other Army awards to the RMPD. However, in his correspondence with Allen, Robertson claimed to have received a Bronze Star. In contrast to the claim Robertson made in writing to Allen, the picture he sent of his uniform to Allen in the same email chain does not include a Bronze Star.

<u>Army Commendation Medal with Valor Device (ARCOM with V)</u>

Robertson's official records do not document his receipt of an ARCOM with V, nor did he provide any record of the award to the RMPD, despite having

provided copies of other Army awards to the RMPD. However, in his written correspondence Allen, and in the picture he sent Allen, he claimed to have received an ARCOM with V.

Basic Parachutist Badge

The Basic Parachutist Badge signifies completion of the three-week Basic Airborne Course at Fort Benning, Georgia and the receipt of the basic parachutist designation.

Robertson's DD-214 does not document his receipt of the Basic Parachutist Badge, nor did he provide any record of the award to the RMPD, despite providing copies of other awards received in the Army. However, in the picture he sent to Allen, Robertson implied he received a Basic Parachutist Badge.

Combat Deployment Time

The Floyd Beacon reported, "Thomas Robertson…spent 18 months in Iraq as a sniper for the U.S. Army Rangers." However, according to Robertson's records, his total deployment time as a service member was seven months and twenty days.

Afghanistan Campaign Medal

Robertson's official records do not document receipt of Afghanistan Campaign Medal (ACM). However, in a picture Robertson sent by text to Buckley and by email to Allen, Robertson wore a uniform with an ACM. The ACM is awarded to any member of the U.S. military who has performed duty within the borders of Afghanistan for a period of thirty consecutive days or sixty non-consecutive days. Robertson spent time in Afghanistan as a contractor (according to statements made by him), but not as a service member.

Time of Service

In Rollins' aforementioned request to the Court, he attested, "Mr. Robertson served in the United States Army from 1991 to 1994 in the Airborne Infantry Division. While in that Division, he became a Ranger and Sniper school

graduate….In 2001 he rejoined the United States Army in the Reserves, where he was retrained as a Calvary Scout and Military Police Officer."

There is no record of Robertson serving from 1991 – 1994. There is no record of Robertson being a Ranger School or Sniper School graduate. There is no record of him rejoining the Army after he was discharged in 1991 for "lack of motivation" until 2006.

In Robertson's text conversation with Buckley, Robertson claimed to have served from 1991 to 2011. However, Robertson's only service in 1991 was for forty-three days, after which he was discharged as mentioned above. He then reenlisted in 2006 and was discharged for the last time in 2009

**Summary**

In summary, Robertson has claimed different things in different forums about his Army service, most of which contradicts his official Army records. His Army records do not account for his claims of serving from 1991 to 1994, from 2001 to 2006, or for eighteen months in Iraq. They do not account for his claims of being a Ranger School, Sniper School, or Airborne School graduate. They do not account for his claims of having been a Sergeant First Class or an infantryman. They do not account for his claims of receiving the CIB, Purple Heart, Bronze Star, ARCOM with V, or Afghanistan Campaign Medal (ACM).

All military awards and decorations are available to the public for purchase, but official receipt of the awards is documented in official military records, most specifically on the DD-214 Certificate of Release or Discharge from Active Duty. Robertson's DD-214 does not document any of the awards listed in the previous paragraph.

Of note, according to 18 US Code Section 704 (b), whoever, with intent to obtain money, property, or other tangible benefit, fraudulently holds oneself out to be a recipient of a decoration or medal described in subsection (c)(2) or (d) shall be fined under this title, imprisoned not more than one year, or both. The Purple Heart and Combat Infantryman Badge are described in the aforementioned subsections.