

**DEPARTMENT OF THE ARMY**
AIRBORNE AND RANGER TRAINING BRIGADE
10850 SCHEIDER ROAD
FORT BENNING, GEORGIA 31905-5000

**REPLY TO
ATTENTION OF**

ATSH-RB (800)　　　　　　　　　　　　　　　　　　　　　April 5, 2022

MEMORANDUM FOR: Commander, Airborne and Ranger Training Brigade, Fort Benning, Georgia 31905

SUBJECT:  Request for Information Regarding Attendance to Ranger School

1. The Airborne and Ranger Training Brigade Senior Tactical Advisor to the Commander (SR TAC) maintains all records pursuant to the attendance and completion of Ranger Training. These records are maintained in both digital and hardcopy formats, and cover the period 1951 to the present.

2. Upon request, a thorough review of all records was conducted to determine the status of Robertson, Thomas XXX-XX-0556, in relation to the successful completion of Ranger Training. The years searched included an entire decade from 1980 through present. The information provided to SR TAC disclosed class reference number, social security number, year of attendance, and possible graduation date.

3. After a thorough investigation, SR TAC has found that Robertson, Thomas, did not graduate from Ranger Class 9-93. He currently does not have a "Green Card" which would signify that Robertson, Thomas did not even in-process Ranger School at any point in time. SR TAC has confirmed this with both digital records, hard copy records, and a two person check.

4. Given the above findings of the investigation, it is declared that Robertson, Thomas, is not a graduate of Ranger class 9-93 or attended the United States Army Ranger School. At this time Senior TAC is releasing this information to Christen, Holcombe Subpoena request of United States District Court Subpoena #TR2022040489151

5. POC for this memorandum is SFC Schlechter, David ARTB SR TAC Operations, email david.a.schlechter.mil@army.mil, DSN 706-544-6413.

　　　　　　　　　　　　　　　　　　　　　DAVID A. SCHLECHTER
　　　　　　　　　　　　　　　　　　　　　SFC, USA
　　　　　　　　　　　　　　　　　　　　　Senior TAC

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is __SFC Schlechter, David__.
(name of declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2022040489151 dated April 4, 2022, signed by Assistant United States Attorney Risa A. Berkower, requesting specified records of the business named below.

Attached hereto are __1__ pages of records regarding __Ranger Robertson attending Ranger School during 1990-Current__ (Brief description of type of documents being subpoenaed) responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5 April 2022__
(date)

SCHLECHTER.DAVID.ALLEN.1370311028
Digitally signed by SCHLECHTER.DAVID.ALLEN.1370311028
Date: 2022.04.05 11:04:22 -04'00'
(signature of declarant)

__SFC Schlechter, David__
(name and title of declarant)

__ARTB SR. TAC__
(name of business)

__10850 Scheider Road, Fort Benning, Georgia 31905-5000__
(business address)

_____
(business address)

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.