**Subject:** Re: Follow up on Iraq & Afghanistan service
**From:** TJ Robertson <tjrobertson@rockymountva.org>
**Date:** 1/11/2021, 5:31 PM
**To:** Mike Allen <Mike.Allen@roanoke.com>

On Mon, Jan 11, 2021, 3:00 PM Mike Allen <Mike.Allen@roanoke.com> wrote:

Hello, Sgt. Robertson! This is Mike Allen with The Roanoke Times. Thank you again for speaking to me yesterday.

I had a couple of specific follow-ups that I was hoping you could provide further context to.

First, if I understood correctly, you told me that you were deployed through the Army Reserve in 2010, and this was why you were away from the RMPD for four years. I had written that into our original version of today's story, but almost as soon as the story appeared online, we received tips from readers claiming that you were not overseas with the Reserve but were instead working for DynCorp. We removed that info with intentions of double-checking with you for further clarification. I do want to make sure I did not misunderstand what you originally told me. Any clarification you can give me would be a huge help.

Second, you made a post specifically naming Commonwealth's Attorney A. J. Dudley, attorney Holland Perdue, RMPD Lt. Allan Arrington and former RMPD officer Justin Smith as people you seemed to feel had some specific ill will toward you and Ofc. Fracker. I was hoping you could elaborate on what you meant by that and why you posted that.

Anyway, I hope the day is treating you well otherwise.

Mike Allen

The Roanoke Times

(540) 400-1700

mike.allen@roanoke.com

—— 20191010_043323.jpg ——



206579_1874750470568_792149_n.jpg



20180504_200054.jpg



Attachments:

| | |
|---|---|
| 20191010_043323.jpg | 332 KB |
| 206579_1874750470568_792149_n.jpg | 64.9 KB |
| 20180504_200054.jpg | 149 KB |

**Subject:** Re: Follow up on Iraq & Afghanistan service
**From:** TJ Robertson <tjrobertson@rockymountva.org>
**Date:** 1/12/2021, 1:05 PM
**To:** Mike Allen <Mike.Allen@roanoke.com>

What are the specific doubts about my service? My DD214 is a incredibly personal document.  SSN, parents names,home address,dependent  children SSN... ect. I'll be happy to send you any other items but not my DD214! I'm also confused by what my service in Iraq 15 years ago and Afghanistan 10 years ago has to do with the current situation... can you elaborate on that? Be aware that you are being used as a mouthpiece for men who are engaging in  criminal activity in an attempt to hurt their enemy.

On Mon, Jan 11, 2021, 10:25 PM Mike Allen <Mike.Allen@roanoke.com> wrote:
> Hello, T.J.! I was at the Franklin County School Board meeting, sorry that I could not answer sooner. I want to thank you again for your answers to my questions, this is in fact filling in some blanks in regard to matters I have been hearing about second and third hand for months.
>
>
> Regarding any further research into your own military service -- I apologize for giving you homework, but I am told that if you would be able to share a photo or scan of your DD214, that would lay all questions to rest. If you could do that, it would not be my plan to publish the image, it would just be for my information. And if you would rather not, I certainly understand!
>
>
> We have been aware of Judge Perdue's absence for months but no one will give us an explanation for why it is happening.
>
>
> _____
> From: TJ Robertson <tjrobertson@rockymountva.org>
> Sent: Monday, January 11, 2021 7:27 PM
> To: Mike Allen
> Subject: Re: Follow up on Iraq & Afghanistan service
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> The barber shop is located downtown next to the post office.  It is run by Todd Craighead ( name familiar??) Yeah,  Her cousin.  Who is a convicted felon and drug dealer who served Federal time. He is Perdues street presence.
>
> My statements stand. Our Republic is founded on the sanctity of the individual vote. I'm willing to fight for that right and any other.  The oath I swore as a Soldier is as follows:
> I Thomas J Robertson do solely swear to support and defend the constitution of the United states against all enemies, foreign and domestic, and obey the orders of the President of the United states

and the officers appointed over me. So help me God.

I didn't take that lightly  and I have lived my life by it. If that requires strong words or actions I do not apologize for it.

Please feel free to do your own research and look into things.  Judge Perdue was very quietly removed but hasn't been on the bench in months.

   *

On Mon, Jan 11, 2021, 6:02 PM Mike Allen <Mike.Allen@roanoke.com<mailto:Mike.Allen@roanoke.com>> wrote:
Thank you, T.J., this is all very enlightening ... do you mind telling me which barbershop, and also where there might be concrete information available about Judge Perdue's status?

Also, some of those screenshots from your Facebook page that are being shared on TV news sites have very strong wording that some might describe as militant. Do you feel that there is any contradiction in how you worded those posts versus what you told me yesterday about condemning violence and supporting Black Lives Matter and other organizations that don't fall within Republican/conservative leanings?

All best,

Mike

_____
From: TJ Robertson <tjrobertson@rockymountva.org<mailto:tjrobertson@rockymountva.org>>
Sent: Monday, January 11, 2021 5:56 PM
To: Mike Allen
Subject: Re: Follow up on Iraq & Afghanistan service

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Perdue owns a local barber shop run by 2 federally convicted drug dealers that is a drug distribution hub and money  laundering operation as it's a cash only business.

On Mon, Jan 11, 2021, 5:51 PM TJ Robertson <tjrobertson@rockymountva.org<mailto:tjrobertson@rockymountva.org> <mailto:tjrobertson@rockymountva.org<mailto:tjrobertson@rockymountva.org>>> wrote:
I was deployed with the US Army as a Sniper in support of operation Iraqi freedom where I was awarded a bronze star and ARCOM with V device. From 2005 to 2008 because I extended my tour

to augment the unit who was relieving us. I was honorably discharged in 2010 as a Sergeant first class. I am a graduate of US Army ranger school and LRRP. I took a job with the DOD in 2010 training Afghan national security forces,primarily their border guards.  I was wounded by machine gun fire on 09/25/2011. I returned to work for the RMPD in 2014.

You are probably unaware of the attempted coup against our Chief by the subjects I named and others.  Since they have left they and 2 local attorneys have spent great time and effort to have Chief Criner removed because he will not play "Local politics " and turn a blind eye to crimes being committed by them and associates and being covered for by the Commonwealth attorney office. This includes moonshine running and drug activity. Go to the court and see how many times Arrington's son Cody has been charged with drug offenses that have been nolle pros. Google Arrington and see how his son was caught selling drugs logged in as evidence while Arrington worked for the Sheriff's office. The young lady who killed and disposed of her infant child and received a pardon had worked on Dudley's campaign and the child was his. DNA tests disappeared from the files. Holland Perdues father.  Judge Perdue was removed from the bench for mis handling cases involving his sons dealers and associates.  Perdue and his associates have numerous LLCs that they use to launder money from drug sales and purchase strip clubs and gambling hubs.  The constant assault on anyone who doesn't "play ball" with them and their associates is the direct reason that I am being targeted.  Because I don't take bribes and turn a blind eye.

On Mon, Jan 11, 2021, 5:31 PM TJ Robertson
<tjrobertson@rockymountva.org<mailto:tjrobertson@rockymountva.org>
<mailto:tjrobertson@rockymountva.org<mailto:tjrobertson@rockymountva.org>>> wrote:

On Mon, Jan 11, 2021, 3:00 PM Mike Allen
<Mike.Allen@roanoke.com<mailto:Mike.Allen@roanoke.com>
<mailto:Mike.Allen@roanoke.com<mailto:Mike.Allen@roanoke.com>>> wrote:

Hello, Sgt. Robertson! This is Mike Allen with The Roanoke Times. Thank you again for speaking to me yesterday.

I had a couple of specific follow-ups that I was hoping you could provide further context to.

First, if I understood correctly, you told me that you were deployed through the Army Reserve in 2010, and this was why you were away from the RMPD for four years. I had written that into our original version of today's story, but almost as soon as the story appeared online, we received tips from readers claiming that you were not overseas with the Reserve but were instead working for DynCorp. We removed that info with intentions of double-checking with you for further clarification. I do want to make sure I did not misunderstand what you originally told me. Any clarification you can give me would be a huge help.

Second, you made a post specifically naming Commonwealth's Attorney A. J. Dudley, attorney Holland Perdue, RMPD Lt. Allan Arrington and former RMPD officer Justin Smith as people you

seemed to feel had some specific ill will toward you and Ofc. Fracker. I was hoping you could elaborate on what you meant by that and why you posted that.

Anyway, I hope the day is treating you well otherwise.

Mike Allen

The Roanoke Times

(540) 400-1700

mike.allen@roanoke.com<mailto:mike.allen@roanoke.com>
<mailto:mike.allen@roanoke.com<mailto:mike.allen@roanoke.com>>

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, retransmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. The information contained herein is subject to change without notice. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guarantee with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto.

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, retransmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. The information contained herein is subject to change without notice. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guarantee with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto.