





**Front Page News**

💬 **0 Comments(s)**

4/5/22, 10:54 AM
Case 1:21-cr-00034-CRC Document 124-3 Filed 03/04/22 Page 2 of 27
From Protester to Prisoner The Saga of T.J. Robertson – part 2 | The Floyd Beacon

January 31, 2022

# From Protester to Prisoner The Saga of T.J. Robertson – part 2

## by William Paine

A little over one year ago, a group of protestors gained access to the U.S. Capitol following a speech given by President Trump. Though some protestors pushed back barricades and aggressively confronted the Capitol Police, many more gained access to the Capitol by simply walking through open doors while the Capitol Police looked on. One cop even offered protestors bottles of water as they entered.

Rocky Mount police officer Thomas Jarrett (T.J.) Robertson and his fellow policeman Jacob Fracker were amongst those who entered the Capitol uninvited and yet unimpeded by Capitol Police. This act of high-profile trespassing has consequently altered Robertson's life, and the changes that he has been forced to endure are most assuredly not for the better.

As mentioned in the previous article, since last July 6, Robertson has spent 23 hours of every day inside a jail cell. He is granted one hour of "Rec. Time" each day which allows him to enter into a larger adjoining room equipped with a T.V., telephone, and shower facilities. The fluorescent overhead light of his cell comes on promptly at 5 a.m. and stays on until midnight when it shuts off. To pass the time, Robertson reads books provided to him by his wife, Samantha. In this harsh setting, he must be creative in finding ways to keep his mind and body active.

"If your cell is 12 feet, which mine is, and you walk back and forth one time, 110 of those is a half-mile ... so 220 is a full mile," Robertson reckoned. "I do three miles a day. Between each half-mile, I do a set of sit-ups and a set of push-ups and planks. You have to because human

beings are meant to burn energy, and if you don't do that, you will never sleep."

Robertson hasn't been outside or seen the sky in nearly seven months. His meals arrive through a slot in his cell door. Sometimes the guards will pass a telephone through this same slot but under no circumstances is he allowed physical contact at any time during his confinement. These are trying circumstances, even for a man who was tough enough to survive being shot and blown up multiple times while overseas.  "It's not easy, but fortunately, I've trained to work in less-than-ideal situations," Robertson said. "My father passed away last month while I was here … there's so much going on."

Then, a pause. "Life is passing me by for literally nothing," Robertson continued. "Except, I never denied being in the Capitol from day one. I wasn't covering my face. I wasn't trying to be sneaky because I didn't think I was doing anything wrong. I've been a cop long enough to know if you're doing something shady, you better cover your face."

There are two reasons for the harsh conditions of Robertson's confinement. First, anyone involved in the events of January 6 is separated from the general prison populace because they are in danger of being attacked by other prisoners. It is his belief there are currently six other January 6 protestors being held at this same facility under the same restrictions because of their presence in D.C. on January 6.

"They get the Washington Post here, and that paper makes it perfectly clear that anybody that was there that day was part of the Ku Klux Klan … even the black, Hispanic and Chinese people that were there," said Robertson.

Secondly, Robertson is a former policeman, which means other prisoners do not take kindly to his presence. "It's for my safety," said Robertson of his extreme living conditions. "I'm in here in with rapists, murderers. In solitary, most of the time, people that are in here cannot deal with general population because they're either too violent or other

people are too violent towards them because they are child molesters or whatever it may be. I'm stuck in here with people I wouldn't invite in my neighborhood, and I'm here with them for literally trespassing."

T.J. Robertson is among the Nearly 700 individuals who face charges stemming from events occurring at the Capitol on January 6, 2021. The majority of those individuals are not currently behind bars. Robinson was initially charged with 1752 (a)1 (Disorderly and Disruptive Conduct in a Restricted Building) and 40 U.S.C. § 5104 (Violent Entry and Disorderly Conduct in a Capitol Building or Grounds). These are misdemeanor offenses. After appearing in court, Robinson was released on bond with the stipulation that he was not allowed to "possess a firearm, destructive device or any weapon."

When initially charged, T.J. Robertson was in possession of a significant collection of firearms, some dating back to WWI. After his court date, he transported almost all of his collection to a neighbor's house. However, when law enforcement searched his property days later, they found eight guns, including several pistols and two antique rifles. Robertson maintains that this was merely an oversight on his part and that he tried to follow the conditions of his bond in good faith.  Robertson appeared before a magistrate judge on January 19, who again reminded him not to be in possession of any firearms. The Magistrate set a status date for February 2 and allowed Robertson to stay out on bond.

On January 29, 2021, a grand jury in the District of Columbia charged Robertson with violations of 18 U.S.C. §§ 1512, 2 (Obstruction of an Official Proceeding, and Aiding and Abetting). This is a felony charge that carries a maximum of 20 years in prison. Robertson was not the only individual charged with these offenses, but he is one of the very few who remain behind bars with a case that has yet to come to trial. Many of those charged with the same offenses have plea-bargained for reduced penalties. Most who are awaiting trial have done so while released on bond. The reason T.J. Robertson is spending his time in the Central

Virginia Jail relates to a fateful decision he made not long after being fired from the Rocky Mount Police force but first, a little background.

Thomas Robertson joined the army right out of high school. After fulfilling his term of service, he joined the Rocky Mount police force. Robinson reenlisted in 2008 and spent 18 months in Iraq as a sniper for the U.S. Army Rangers. There he survived I.E.D. attacks that left him shaken but not incapacitated. After again returning to the police force, Robertson went to Afghanistan in 2010 as an independent contractor with Dyncorp, where he trained members of the Afghan Security Forces in weapons use and military tactics. This was dangerous duty, and in 2011, he was caught in a firefight. "Not much of a firefight as far as I was concerned because I got hit in the first burst," Robinson recounted. "So, I wasn't part of that particular firefight except for me laying on the ground and bleeding. I was shot through the right hand and lower abdominal section, which partially disemboweled me. Then after being shot, the bastards started dropping mortars all around the landing zone. So, I got shrapnel all over me as well. I have about 60% use of my right hand."

He had returned to work for the Rocky Mount Police, but after his unauthorized walking tour of the Capitol and subsequent dismissal, T.J. found himself with time on his hands. "So I'm sitting around doing nothing, and so I thought, 'I'm going to buy the guns I want,'" Robinson related. "So, sitting around the house, out of boredom, I just did it." What Robinson did was purchase 34 rifles to add to his gun collection. He sent the rifles to a local gun dealership but claims that he never intended to pick them up until after he was cleared of his charges. To his way of thinking, he was not in possession of these rifles, even though he did technically own them. To Robertson, the situation was similar to him moving his gun collection to a neighbor's house.

His online order did not escape the attention of law enforcement. By that, July had been summoned back to court for violating the terms of his bond. "Yeah, looking at it now, when I'm still in jail, it seems pretty

stupid, but … the average age of these firearms is 75 years old," said
Robinson, though he admits there are some modern shotguns in his
order. A subsequent search of Robertson's property found an M4 rifle on
his property, which Robinson says belonged to his son, who had also
chosen to join the military. A mock pipe bomb was also entered into
evidence of Robertson violating the terms of his bond. According to
Robertson, the "pipe bomb" was a dummy used for training purposes.

The prosecutor didn't stop there. Instead, incendiary statements made
by T.J. Robertson on social media sites on January 8th and 9th were
brought to the court's attention. According to the prosecution,
Robertson posted the following on Facebook. "Being nice, polite, writing
letters, and sending emails hasn't worked…All that's left is violence, and
YOU and your 'Friends on the other side of the aisle' have pushed
Americans into that corner." In another post, Robertson wrote, "Peace is
done. Now is the time for all the braggart 'Patriots' to buckle armor or
shut the f**k up. Facebook warrior's time is done. The next revolution
started 1/6/21 in case you 'I'm ready' and 'standing by' guys missed it.

"The quotes that they were attributing to me on Facebook are Memes
that I posted that somebody else created and I posted," said Robertson
of these statements.

Why post these statements?

"I have a right to make those statements under the First Amendment,"
Robertson responded. " I was essentially making fun of those people.
Emotions on some of those websites ran high. They talk big, but they've
never left the living room. The point being … talk is cheap. If you want to
do something, you've got the opportunity to do it, but I'm not going to
sit here and listen to you talk while I'm being charged with it."

Couldn't these statements be interpreted as a call for violent action? "It
wasn't a call to action," Robertson answered. "I own military-grade body
armor, night vision, helmets … all of this stuff from having been a police
officer and having been a private contractor overseas. I have all of these

4/5/22, 10:54 AM
Case 1:21-cr-00034-CRC  Document 184  Filed 08/04/22  Page 7 of 27
From Protester to Prisoner: The Saga of T.J. Robertson (Part 2) | The Floyd Beacon

materials that could be part of a military operation, but I went to D.C. in blue jeans and a Carhart jacket with no weapons … not even a pocket knife. I didn't go there intent on any kind of trouble." As is the case for many individuals that day, T.J. Robinson states that he went to the Capitol that day out of concern for the legitimacy for the 2020 election. Thousands came to the President's speech out of this same concern. In the heat of the moment, Robertson, as well as several hundred others, made the ill-advised decision to enter the U.S. Capitol to express their feelings of discontent.

The actions T.J. Thomas took after the event resulted in his being imprisoned and facing felony charges which could result in a 20-year prison sentence. He is charged with two misdemeanors which, according to his lawyer, he would be willing to plea down if given the opportunity, but he is not willing to accept a felony charge. This is the sticking point, according to T.J... The prosecution has, apparently, been unwilling to compromise on this. According to T.J. and his lawyer, this has much to do with his career as a law enforcement officer. "It's Because I am a cop," said Robertson, when asked about the prosecution's unwillingness to allow a plea deal  "The prosecutor said that 'he's a law enforcement officer and so he should have known better,' as if my profession has bearings on what I do when I'm off duty."

Whatever the government's motivation in bringing felony charges, one must ask if Robertson's actions merit his treatment and possible years-long detention. There is no doubt that T.J. Robertson entered the U.S. Capitol without permission. There, he and a fellow officer took a "selfie" inside a room referred to as the Crypt. During this time, Robertson passed by several Capitol Police and even engaged in a brief conversation with them before exiting the building through a window. In total, Robinson spent 23 minutes on the Capitol grounds.

Some view Robertson's action as part of an "insurrection," but for many, it's difficult to see how Robertson's actions that day could justify this perception.

4/5/22, 10:54 AM
Case 1:21-cr-00034-CRC Document 134-3 Filed 08/04/22 Page 8 of 27
From Protester to Prisoner: The Saga of T.J. Robertson – Part 2 | The Floyd Beacon

His post on social media was admittedly reckless, as was his assumption that he could order several thousand dollars worth of firearms online to add to his extensive gun collection while out on bond. Nevertheless, does it justify holding this career law enforcement officer, Purple Heart recipient, Floyd County native, and all-around solid citizen in what most would consider the hellish circumstances of solitary confinement … perhaps for the next 20 years?

Though well versed in military weaponry and tactics, there seems to be little doubt that Robertson did not travel to D.C. to overthrow the U.S. government but rather to protest what he believed to be a flawed election. The question is, will his actions on and soon after January 6, 2121, result in him spending the majority of his remaining years behind bars? T.J. Robertson's next court date on April 4, 2022, will go a long way towards answering this question.

"Voltaire said it's dangerous to be right when the government is wrong," said T.J. as our final conversation came to an end.

**← Prev: Please Take Action to Keep Farmers Markets Free! Oppose HB 262**

**Next: Youngkin's Busy First Weeks →**

# Join In The Conversation

We welcome conversation and discussion, but we must set a few RULES.

1. **Most important.  This is <u>discussion</u>, not argument, no winners or losers.  A friendly place to exchange ideas and information, reading material and to share and promote individual liberty and conservatism in our communities.**
2. Use clean language
3. Be polite
4. No personal attacks

5. No threatening statements

6. Be honest

7. Use facts

8. Share actual events and history

9. Identify your opinion from actual facts and history

All content is subject to removal for not following the #1 rule.  Anyone seriously or habitually violating rule # 1 will be blocked from participation by administrator.

Click the **_"Submit Comment"_** or **_"Reply"_** button below to get start in the conversation.

Remove Content (Admin Use Only)

## 0 Comments

# You May Also Like...



### Teacher Union Awareness Motorcade

Mar 31, 2022

by William Paine Just before noon Sunday, March 13, several individuals gathered in the parking lot of the Auburn...

### From the Poet

Mar 31, 2022

Right now, in our world, in our time, I have never seen a more confused and openly broken society. As I gaze across...

4/5/22, 10:54 AM
Case 1:21-cr-00034-CRC Document 124-8 Filed 08/04/22 Page 11 of 27
From Protester to Prisoner: The Saga of T.J. Robertson part 2 | The Floyd Beacon



**Buddy Check 22 Brings Vets Together**

Mar 31, 2022

By William Paine On the 22nd of every month, a group of veterans from all branches of the U.S. military gather at...

# More About The Floyd Beacon

Find us at your local stores, online, social media or order your personal subscription at distribution@thefloydbeacon.com

For information about advertising, email us at: adsales@thefloydbeacon.com.

Submit articles, essays, recipes or family stories for our fellow citizens to enjoy. All corrections, comments or submissions of 500 words or less can be emailed to Kellean Gale at editor@thefloydbeacon.com

be emailed to Relican Gale at editor@thefloydbeacon.com

Submit your church or civic group events to calendar@thefloydbeacon.com for our community calendar. There is no charge for event submissions.

 

## Menu

The Front Porch

Around The Table

The Back Porch

Our Back Yard

Down the Road

Advertising

Subscribe Now - Digital Is Now $3.95/mo

Archived Issues Most Recent

Archived Issues Older

Contact Us

Front Page News

Case 1:21-cr-00034-CRC Document 124-6 Filed 08/04/22 Page 13 of 27



# Traitor or scapegoat? How one cop became the face of Jan. 6.



Jose Luis Magana/AP/File

Rioters loyal to President Donald Trump rally at the U.S. Capitol in Washington on Jan. 6, 2021. A trial starts this week for a former Virginia police officer charged with storming the U.S. Capitol with a fellow officer, who pleaded guilty and agreed to cooperate with federal prosecutors. Jury selection began April 4, 2022, in the case against Thomas "T.J." Robertson.

April 4, 2022

**By Story Hinckley**, Staff writer
🐦 @storyhinckley

FERRUM, VA.

Case 1:21-cr-00034-CRC Document 124-6 Filed 06/04/22 Page 14 of 27

Samantha Robertson spots a broken railing on the front porch, and mentally adds
it to an ever-growing list of chores for her husband to tackle when he comes home.
Beneath the cracked rail is a neat line of men's combat boots, unworn for the past
nine months.

For much of the past year, Ms. Robertson's husband, T.J., has been in jail, charged
with two felonies related to the Jan. 6 attack on the U.S. Capitol. She's been living
alone in their single story house at the end of a mile-long gravel road at the base of
the Blue Ridge Mountains. A menagerie of goats, chickens, and German shepherds
roams around the backyard.

Ms. Robertson is relieved the waiting will finally be over when his trial begins this
week — but she's not really expecting closure. Because regardless of when her
husband returns, she knows their lives won't be the same.

## WHY WE WROTE THIS

*He was initially charged with the equivalent of trespassing, but T.J.
Robertson has spent nine months in solitary confinement. His trial,
scheduled to begin April 5, shows how the Jan. 6 Capitol assault
reverberates among families and throughout America.*

Thomas "T.J." Robertson — along with fellow police officer Jacob Fracker, who
went with him to the Capitol that day — was terminated from the Rocky Mount
Police Department in southwest Virginia a few days after he got home. If convicted
of a felony, he will never be allowed to own a gun again. He will also lose his
Veterans Affairs benefits, which have been helping pay their home mortgage.
Already, Ms. Robertson has been working several odd jobs over the past year to
make ends meet amid the family's accumulating legal fees.

But in some ways, it's the personal impact she's most worried about. Mr. Fracker used to jokingly call T.J. "Dad" – but last month he incriminated Mr. Robertson in a plea agreement with the government. Married for less than three years, Ms. Robertson doesn't know when she and her husband will be able to resume the fertility treatments they'd started before he went to the Capitol. And she wonders how long reporters and curious folk will continue coming down their drive to see the home of one of the most publicized Jan. 6 cases.

Photos courtesy of Samantha Robertson

T.J. Robertson (left) with his dog Reign on the Blue Ridge Parkway in Floyd County in September 2020 and Mr. Robertson during his time in the military (right), which lasted more than two decades. He spent 18 months in Iraq as a sniper between 2007 and 2008 and then suffered a serious injury in Afghanistan in 2011.

"There's always going to be a stigma associated with it," says Ms. Robertson, feeding the couple's goats as a half-dozen dogs whine for her attention. "Even the people who didn't do anything. ... You're just going to be looked at as an individual that went [to the Capitol], and therefore you're an immoral individual."

As the House Select Committee investigating Jan. 6 continues to hold hearings and interview key witnesses, the Department of Justice is simultaneously prosecuting individuals who participated in the attack. More than 775 defendants have been arrested in almost all 50 states so far, with the list continuing to grow. According to a database maintained by George Washington University, 244 defendants have pleaded guilty, while so far two have been convicted by trial. The rest, like Mr. Robertson, are still waiting.

Most, however, are waiting at home. Mr. Robertson is one of around 65 who are currently in jail, having been remanded by a judge last July after violating his terms of release.

Which means that for scores of families like the Robertsons – and communities like Rocky Mount – the full fallout from that unprecedented day is yet to come. What took place at the U.S. Capitol on Jan. 6 was, for many participants, the culmination of years of frustrations. But it may also turn out to be the catalyst for an even deeper set of grievances.

"I am going to turn 50 and I have been shot on multiple continents and here I am, in my opinion, being politically persecuted," says Mr. Robertson in a Skype interview. For the past nine months, he has been incarcerated at the Central Virginia Regional Jail in Orange, where he spends 23 hours a day in solitary confinement for his own protection, because of his decades as a police officer.

"It's so ridiculous to think that I served my whole life on behalf of the government," he says, before trailing off.

# Jan. 6 still reverberates

On a national scale, the events of Jan. 6 are still sowing divides within the Republican Party. In early February, the Republican National Committee censured the two GOP lawmakers serving on the House Jan. 6 committee for "participating in a Democrat-led persecution of ordinary citizens engaged in legitimate political discourse." Across the country, rallies and fundraisers have been organized for the "political prisoners" of Jan. 6. Former President Donald Trump's unsubstantiated claim that the 2020 election was stolen continues to shape GOP primary races ahead of the 2022 midterm elections.

Story Hinckley/The Christian Science Monitor

Samantha Robertson, shown at home in Ferrum, Virginia, March 25, 2022, says she's relieved the waiting will be over now that her husband's trial begins this week. But she's not expecting closure, she says, acknowledging that their lives will never be the same.

Mr. Robertson, who voted for Mr. Trump twice, now professes himself somewhat disillusioned with the former president, calling him a "loudmouth." But to this day, he harbors doubts about the 2020 election.

On Jan. 6, 2021, those doubts brought Mr. Robertson, who has a framed copy of the Constitution hanging in his living room, to Washington.

"I went there because I genuinely believe that there were election irregularities that needed to be fixed," says Mr. Robertson, wearing an orange-and-white striped jumpsuit. "You have 19 bellwether counties that every president has won, for all of history, and Trump won 18 of those," he says, repeating a point made by the former president himself – which experts say is accurate but has no bearing on claims of fraud, which were rejected by numerous courts.

Mr. Robertson says he walked into the Capitol peacefully on Jan 6. Before entering, he says, he asked an officer if it was all right – and was told it was fine, as long as he avoided restricted areas. He says that's what he did: He walked in, took a selfie with Mr. Fracker in the crypt, and walked out. He was inside, he says, for less than 30 minutes.

The criminal complaint filed just days after the Capitol attack includes the now-infamous selfie, in which Mr. Fracker is making an obscene gesture, and Mr. Robertson's Facebook posts about the event. Initially, the U.S. Attorney's Office for the District of Columbia, which declined to comment for this article, charged Mr. Robertson with four counts: three misdemeanors and one felony – obstruction of an official proceeding.

David Alan Sklansky, a criminal justice expert at Stanford University, calls those initial counts "about the lowest level, most basic charges you can imagine for conduct on Jan. 6." Three of them, he says, "are literally trespassing."

Jacquelyn Martin/AP/File

President Donald Trump speaks at a rally in Washington, Jan. 6, 2021. That afternoon, his supporters stormed the Capitol in an effort to prevent the certification of President Joe Biden's victory in the 2020 election. One of those supporters, T.J. Robertson, goes on trial this week.

"The more serious cases are the ones who brought guns to the Capitol or who are charged with assaulting the police," says Stephen Saltzburg, a professor at George Washington University Law School. "There is none of that here. Don't get me wrong, there are some judges on the court who are going to say, 'Anyone who was involved in the attack on the Capitol, that's serious.' But there are others who will say, 'Come on, these charges don't amount to more than serious trespassing.'"

Then, in the days following his arrest and termination from the Rocky Mount Police Department, Mr. Robertson posted a slew of violent threats online. The "next revolution" started on Jan. 6, he wrote, warning that "peace is done" and now is the time to "buckle armor or just stay at home." Over the course of one month, Mr. Robertson ordered more than a dozen firearms online, totaling more than $12,000 – a violation of the conditions of his release.

"They are trying to teach us a lesson," wrote Mr. Robertson on a Gunbroker.com chat forum. "They have. But its definitely not the intended lesson. I have learned that if you peacefully protest than you will be arrested, fired, be put on a no fly list, have your name smeared. ... I have learned very well that if you dip your toe into the Rubicon ... cross it. Cross it hard and violent and play for all the marbles." (Editor's note: The original spelling has been left intact.)

The FBI got a warrant to search the Robertsons' home in Ferrum and found what agents said "appears to be a partially assembled pipe bomb" in a box with a label that "included the words 'Booby Trap.'"

"His recent social media posts may contain elements of bravado and hyperbole, but they provide evidence that Robertson is sympathetic to calls for a violent 'revolution,' and has been further radicalized by his pending prosecution," wrote

Judge Christopher Cooper in a July order revoking Mr. Robertson's release and sending him to jail until his trial.

Experts on far-right extremism say that a sense of martyrdom can sometimes become a catalyst for further violence, both for the individual who feels wronged as well as others who feel inspired by them. Perceived martyrs often "become a sort of rallying cry," says Don Haider-Markel, a political science professor at the University of Kansas.

Timothy McVeigh's anger over the Waco standoff in 1993, which resulted in the deaths of 76 people including 25 children, spurred him to carry out the Oklahoma City bombing two years later – the deadliest act of domestic terrorism in U.S. history. One year after the bombing, the number of militia groups in the U.S. spiked to an all-time high.

"Of course law enforcement has to intervene when people are engaged in criminal activity, but what that tends to do is the people who are loosely affiliated tend to drift off and drift away, while those who are committed tend to go even deeper underground," says Mr. Haider-Markel. "That's what we worry about."

## "That's the Facebook guy"

Mr. Robertson says he was in a dark place when he got home from the Capitol. He had lost his job. Every time he logged onto Facebook there were messages from strangers telling him to "rot in hell."

"That's the Facebook guy, not the real guy," says Mr. Robertson of his angry social media posts. "I talked myself into this. But the person who talked himself into this was upset and getting messages and drinking."

He says he decided to bide his time by filling out his World War II gun collection and had them delivered to another FFL (federal firearms license) owner in Roanoke where he planned to pick them up when legally able. Court documents show his online purchases included rifles from the 1940s and '50s; according to one gun shop proprietor, none of the guns on the list would count as modern.

As for the partially assembled pipe bomb, the FBI's photos show that the full label on the box reads "ALERRT kit, props and boobytrap sims." ALERRT is a law enforcement training program for which Mr. Robertson is listed as a certified instructor. Mr. Robertson says what the FBI found was actually a prop for training ("sims" being short for "simulations").

The components of the box are "very consistent" with pipe bomb props that an ALERRT instructor would use, says ALERRT Assistant Director John Curnutt. "We want props to be as realistic as they can sound, look, and feel to thoroughly teach how to manage the stress and fear of an active shooter event," says Mr. Curnutt.

Story Hinckley/The Christian Science Monitor

Samantha Robertson, shown with goats Josie and Jewell on March 25, 2022, has been caring for their animals and working several odd jobs as legal fees mount in the case against her husband, T.J. Robertson, for his participation in the Jan. 6 attack on the Capitol.

Mr. Robertson strongly rejects the idea that he has been "further radicalized" by the events of the past year, as the judge suggested. But as a former police officer who "hasn't had even a speeding ticket since the late 1990s," he can envision ripple effects from the Jan. 6 prosecutions – especially among those who are veterans, police officers, or both, like himself.

"You're taking people who have lived their whole life under the law and were part of protecting society, and you are ripping that identity away from them ... making them pariahs in their community," he says. "You are going to eventually release

them — and you are counting on the least stable of them not to be radicalized?"

At least 100 individuals charged in the Capitol attack have military experience, according to the George Washington University database, about 13%. That's "statistically higher than what you would expect," says Andrew Mines of GW's Program on Extremism, given that roughly 7% of all Americans are veterans. According to Mr. Mines, almost 30% of those military arrestees had some affiliation to domestic violent extremist groups like the Proud Boys or the Oath Keepers.

Veterans are "prized recruits" for extremist groups because of their combat and weapons training, says an October 2021 report by the House Committee on Veterans' Affairs. For some veterans, experts say, these groups offer a sense of brotherhood like they had in the military. "The camaraderie of having a small group of people who you depend on for your life — militia groups help re-create that," says Mr. Haider-Markel.

Mr. Robertson joined the U.S. Army in 1990. Over the next several years, he graduated from Ranger and sniper school while earning his civil engineering degree from Virginia Tech, taking some of his classes at Fort Bragg. Around 2000, he joined the Army Reserves and began a more than two-decade career with the Rocky Mount Police Department — spending 18 months between 2007 and 2008 in Iraq as a sniper.

During this time, he married his first wife and had two children: a daughter and a son. Mr. Robertson says his children, now young adults, are handling his detention all right, having grown accustomed to his absence during the years he spent abroad in the military when they were young.

Two years after his tours in Iraq, Mr. Robertson went to Afghanistan as a Department of Defense contractor, serving as an embedded tactical trainer for the Afghan army. In September 2011, he was seriously wounded from being shot in the

leg and hit with shrapnel from surrounding mortars. Back in Virginia, he underwent almost a dozen surgeries before rejoining the Rocky Mount P.D.

The prosecution has not linked Mr. Robertson with any far-right extremist groups in court documents, and Mr. Robertson says he has no connection with any. Nor has he been charged with seditious conspiracy – the most serious offense the Department of Justice has reserved for members of the Oath Keepers and Proud Boys whom the government accuses of planning the assault on Congress.

And the same personal history that prosecutors point to as cause to take his online threats seriously makes Mr. Robertson's friends incredulous at the notion that he would ever do anything at the Capitol other than protest.

"The guy has spent his entire adult life serving his country," says Mark Whitefleet, who worked with Mr. Robertson as a fellow Rocky Mount police officer before he left the field a decade ago, speaking from his kitchen. Service flags and medals hang on the wall behind his head; a rolled up Blue Lives Matter flag leans against his doorway.

Many are equally incredulous that America won't listen to their claims of election fraud – despite the fact that those claims have been refuted by numerous recounts, audits, and court rulings.

"I've got over 15 ribbons and badges from Iraq and so does T.J. You're telling me we're all wrong?" says George Bobbouine, a fellow veteran who worked alongside Mr. Robertson at the Rocky Mount Police Department for over a decade before he retired in 2018.

Mr. Bobbouine had initially planned to go to Washington on Jan. 6 with Mr. Robertson and Mr. Fracker but wound up having to cancel for emergency dental surgery.

# "Because I'm a cop"

Last month, Mr. Fracker, who declined to be interviewed, accepted a plea deal. He pleaded guilty to one charge of conspiracy and promised to cooperate with the government's investigation.

His statement of offense says Mr. Robertson brought gas masks to the Capitol and "a large wooden stick or club," which he used to impede officers' paths – adding a fifth charge. After the men were served arrest warrants in Rocky Mount, Mr. Fracker says Mr. Robertson destroyed both of their phones – a claim that has added a sixth charge, and another felony, to Mr. Robertson's case.

Mr. Robertson says he brought gas masks because of scenes of pepper spray he had seen during the 2020 Black Lives Matter protests. The stick, he says, was his walking stick – which several friends say he often carries when walking long distances due to his combat injuries. As for the phones and destruction of evidence, he says it was Mr. Fracker who did that.

Story Hinckley/The Christian Science Monitor

Dennis Deacon, former police chief for Boones Mill for almost a decade before recently retiring, has known T.J. Robertson for decades and was the best man at his first wedding. Photo taken at his home in Callaway, Virginia, with his dog Roxy on March 24, 2022.

Mr. Robertson and his supporters believe the government and the media are treating many Jan. 6 defendants unfairly – but none more so than him. When asked why, he looks left and right before putting his hand over the receiver to cover his mouth so other inmates can't read his lips.

"Because I'm a cop," he whispers.

"If you want to hold me to a higher standard, you can," he says. "Hold me to trespassing – I did that. I will do my time. But they are really, really trying to paint me into being something I'm not."

Dennis Deacon, who recently retired after serving as police chief in nearby Boones Mill for almost a decade, has known Mr. Robertson for 30 years and served as best man at his first wedding. He says Mr. Robertson often enjoyed talking politics with friends at Bojangles over biscuits and coffee – but he never got riled up about it.

"I don't think I've ever seen him mad. He's been in the middle of fights and shootings, and he don't get mad," says Mr. Deacon at his home in Callaway, his dog Roxy chewing a bone at his feet. "So I don't think 'radicalized' has anything to do with T.J. I think [it's more] 'disappointed in the system and watching our country.'"

"You can't deny that there are major shifts," he adds. "Just look at what happened in Portland."

# They seemed like "the nicest people"

Many allies of Jan. 6 defendants point to the riots and looting in places like Portland, Oregon, and Kenosha, Wisconsin, in the summer of 2020 following the murder of George Floyd as an example of how offenders on the left and right are treated differently.

Story Hinckley/The Christian Science Monitor

Bridgette Craighead (left) with her co-worker Faatimah Ziegler inside Ms. Craighead's salon El3ven11 Beauty Lounge, March 25, 2022, in Rocky Mount, Virginia. Ms. Craighead says she found it hypocritical that two Rocky Mount police officers, who demanded nonviolent protests after George Floyd's murder, participated in the deadly Jan. 6 attack on the Capitol.

Case 1:21-cr-00034-CRC-DocumentaltitleFed and be face of the Capitol assault assalt assgnozgbfor.5m27

To local hairdressers Bridgette Craighead and Faatimah Ziegler, the difference between the summer of 2020 and the violence at the Capitol comes down to what the groups were protesting: centuries of racism versus a free and fair election in which one candidate refused to concede. Speaking while conditioning and combing the hair of two young Black women sitting in styling chairs, Ms. Craighead and Ms. Ziegler say Mr. Robertson's status as a law enforcement officer – and their own history with him – makes the whole episode seem more hypocritical.

In June 2020, a few weeks after Mr. Floyd was killed by a police officer, Ms. Craighead organized a Black Lives Matter rally in downtown Rocky Mount – the first that this rural Virginia county had ever had. There was dancing and pizza, and Mr. Robertson and Mr. Fracker were there with her, holding up signs. At the time, she says, they seemed like "the nicest people."

"It just felt so good," says Ms. Craighead from her salon El3ven11 Beauty Lounge, a small shop with purple and yellow walls just down the street from where the rally took place. "Like, this is what a small community should be."

But shortly after Jan. 6, she saw a photo circulating in group chats of Mr. Robertson and Mr. Fracker in the Capitol. Ms. Craighead posted the selfie online, which parties on both sides cite as the start of the officers' legal troubles. She was angry that after the officers had cautioned her about keeping her Black Lives Matter rally nonviolent, they turned around and participated in the assault on the Capitol less than a year later.

"The way that you presented yourself to us last year, you made me feel like you know, that we don't have to be aggressive and angry to get our message across," says Ms. Craighead. "But for you to police us the way you did, and then do it yourself?"

The events inspired Ms. Craighead to run for the Virginia House of Delegates last November. She lost, but she hasn't ruled out running again.

Mr. Robertson says the whole experience has made him not want to even vote again. When he gets out, he plans to only "leave the mountain" when he needs to go into town to get things.

Still, when asked if he would go to the Capitol again if he knew all that would follow, Mr. Robertson says "absolutely." He probably wouldn't go inside, he says, and he definitely wouldn't post anything online.

"But I would go again."

For his wife, it's a harder call.

"I would never ask him to plead to a felony that I know would hurt his integrity as a person," Ms. Robertson says, after a long pause. "So it's kind of the same thing as asking him not to go to the Capitol."

She adds: "I want him to be able to live with himself and what he thinks is right."

## Related stories

- In wake of Jan. 6, US military struggles to curb extremism

- A divided anniversary: Jan. 6 in the eyes of those who were there

- **THE EXPLAINER** By the numbers: The cost and consequences of the Jan. 6 riot

Case 1:21-cr-00034-CRC Document 124-6 Filed 08/04/22 Page 27 of 27



Read this article in
https://www.csmonitor.com/USA/P
olitics/2022/0404/Traitor-or-
scapegoat-How-one-cop-became-
the-face-of-Jan.-6



Start your subscription today
https://www.csmonitor.com/subscri
be

ISSN 2573-3850 (online)

Follow us:

    

© 1980–2022 The Christian Science Monitor. All Rights Reserved. Terms. Privacy Policy.