# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES. THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| ROBERTSON, THOMAS JARRETT | ARMY/ARNGUS | |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SPC | E04 | | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| VIRGINIA BEACH, VIRGINIA | |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| TROOP C 2-183RD CAV FC | CAMP SHELBY, MS 39407 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| ARNG OF VA | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 31B10 MILITARY POLICE - 1 YRS 9 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2007 | 06 | 08 |
| | b. SEPARATION DATE THIS PERIOD | 2008 | 05 | 18 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 11 | 11 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 06 | 01 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 14 |
| | f. FOREIGN SERVICE | 0000 | 07 | 17 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2006 | 08 | 11 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL (3RD AWARD)//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMED FORCES RESERVE MEDAL W/M DEVICE//DRIVER AND MECHANIC BADGE WITH DRIVER - WHEELED//CONT IN BLOCK 18

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
COMBAT LIFE SAVERS CRS, 1 WEEK, 2007//HAZMAT FAMIL/SAFETY, 1 WEEK, 2007//MILITARY POLICE, 19 WEEKS, 2006//SNIPER SUSTAINMENT, 1 WEEK, 2007//NOTHING FOLLOWS

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | YES X | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS ////////////////////////////////////////////////////////
DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN KUWAIT/IRAQ 20070918-20080504//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION IRAQI FREEDOM IAW 10 USC 12302//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//PDMRA TAKEN = 00 DAYS.//CONT FROM BLOCK 13: VEHICLE(S) CLASP//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – include ZIP Code) |
|---|---|
| 1886 WALNUT KNOB RD<br>FLOYD VIRGINIA 24091-0000 | JULIEANN ROBERTSON<br>1886 WALNUT KNOB RD<br>FLOYD VIRGINIA 24091-0000 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|
| VA | | GEORGE [signature], MSG, RSOI SITE NCOIC<br>DIRECTOR OF VETERANS AFFAIRS |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | MBK | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) TJR |
|---|---|
| NONE | |

DD FORM 214-AUTOMATED, FEB 2000    PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC    SERVICE-2