



## Instant Messages (73)

⚠ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|----|--------------:|---------|---------|---|
| 1 | | | Fracker * | Timestamp: 3/15/2021 10:21:21 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Recognizing that I volunteered as a Ranger, fully knowing the hazard of my chosen profession, I will always endeavor to uphold the prestige of my chosen Ranger regiment<br>**Participants:**<br>Participant — Delivered — Read — Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** MMS<br>**Folder:** Sent | | |
| 2 | Phone | | Fracker * | Timestamp: 3/15/2021 10:21:36 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** LOL<br>**Participants:**<br>Participant — Delivered — Read — Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | | |
| 3 | Phone | Fracker * | | Timestamp: 3/15/2021 10:21:49 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Hahah goddamn right<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | | |
| 4 | Phone | | Fracker * | Timestamp: 3/15/2021 10:23:03 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Readily I will continue on to the Ranger objective, and complete my mission... though I be the lone survivor.<br>**Participants:**<br>Participant — Delivered — Read — Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | | |

| # | Phone | | | Timestamp | Direction / Body / Details | | |
|---|---|---|---|---|---|---|---|
| 5 | Phone | | Fracker * | 3/15/2021 10:23:21 PM(UTC-4) | **Direction:** Incoming<br>**Body:** RLTW<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | | |
| 6 | Phone | | Fracker * | **Timestamp:** 3/15/2021 10:23:36 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** ATW<br>**Participants:**<br>Participant    Delivered    Read    Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | | |
| 7 | Phone | Fracker * | | **Timestamp:** 3/15/2021 10:23:55 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Love it lol<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | | |
| 8 | Phone | | Fracker * | **Timestamp:** 3/15/2021 10:24:47 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Used to wake up every morning and scream the entire thing at he top of my lungs<br>**Participants:**<br>Participant    Delivered    Read    Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | | |
| 9 | Phone | Fracker * | | **Timestamp:** 3/15/2021 10:27:07 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I absolutely believe you lol<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | | |
| 10 | Phone | | Fracker * | **Timestamp:** 3/15/2021 10:28:51 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** I mean I didn't have a choice, it was on a big sign and I was just screaming wi h 200 other people<br>**Participants:**<br>Participant    Delivered    Read    Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | | |

| # | Type | From | To | Timestamp | Message |
|---|---|---|---|---|---|
| 11 | Phone | [redacted] Fracker * | | 3/15/2021 10:29:15 PM(UTC-4) | **Direction:** Incoming **Body:** Oh haha I thought you meant outside of that haha **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| 12 | Phone | | [redacted] Fracker * | 3/15/2021 10:30:18 PM(UTC-4) | **Direction:** Outgoing **Body:** No. .. I never drank the kool-aid like you **Participants:** Participant / Delivered / Read / Played — [redacted] Fracker **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** SMS **Folder:** Sent |
| 13 | Phone | | [redacted] Fracker * | 3/15/2021 10:30:34 PM(UTC-4) | **Direction:** Outgoing **Body:** LOL **Participants:** Participant / Delivered / Read / Played — [redacted] Fracker **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** SMS **Folder:** Sent |
| 14 | Phone | [redacted] Fracker * | | 3/15/2021 10:30:35 PM(UTC-4) | **Direction:** Incoming **Body:** I swam in that shit lol **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| 15 | Phone | [redacted] Fracker * | | 3/15/2021 10:30:44 PM(UTC-4) | **Direction:** Incoming **Body:** Bathed in it. Got IV's of it **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| 16 | Phone | | [redacted] Fracker * | 3/15/2021 10:32:51 PM(UTC-4) | **Direction:** Outgoing **Body:** But it was 1993 and I can still do it by memory **Participants:** Participant / Delivered / Read / Played — [redacted] Fracker **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** SMS **Folder:** Sent |
| 17 | Phone | [redacted] Fracker * | | 3/15/2021 10:33:21 PM(UTC-4) | **Direction:** Incoming **Body:** You never forget some things **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **Folder:** Inbox |

| # | Type | From | To | Timestamp | Details |
|---|---|---|---|---|---|
| 18 | | [redacted] | 2764928464 Fracker * | 3/15/2021 10:43:59 PM(UTC-4) | Direction: Outgoing<br>Body: Find your dad<br>Participants:<br>Participant / Delivered / Read / Played<br>[redacted] Fracker<br>Attachments: 9-93.jpg<br>Source Extraction: Advanced Logical<br>Source file: Attachments/0/9-93.jpg : (Size: 428905 bytes)<br>Status: Sent<br>Message Type: MMS<br>Folder: Sent |
| 19 | Phone | [redacted] Fracker * | | Timestamp: 3/15/2021 10:49:38 PM(UTC-4) | Direction: Incoming<br>Body: Second to last row, third in from the left<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox |
| 20 | Phone | | [redacted] Fracker * | Timestamp: 3/15/2021 10:50:17 PM(UTC-4) | Direction: Outgoing<br>Body: LOL. Top row, under the R<br>Participants:<br>Participant / Delivered / Read / Played<br>2764928464 Fracker<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent |
| 21 | Phone | [redacted] Fracker * | | Timestamp: 3/15/2021 10:51:10 PM(UTC-4) | Direction: Incoming<br>Body: Hahaha awww look atcha! I gotta admit a lot of them had your face structure lol<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox |
| 22 | Phone | | [redacted] Fracker * | Timestamp: 3/15/2021 10:53:53 PM(UTC-4) | Direction: Outgoing<br>Body: Cute little skinny hungry and tired fucker<br>Participants:<br>Participant / Delivered / Read / Played<br>[redacted] Fracker<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent |
| 23 | Phone | [redacted] Fracker * | | Timestamp: 3/15/2021 10:54:33 PM(UTC-4) | Direction: Incoming<br>Body: No shit hahaha you know what I meant<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox |

| # | Phone | | | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 24 | Phone | | Fracker | 3/15/2021 10:55:18 PM(UTC-4) | Direction: Outgoing<br>Body: Yes. The concentration camp look.<br>Participants:<br>Participant   Delivered   Read   Played<br>Fracker<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 25 | Phone | Fracker * | | Timestamp: 3/15/2021 10:56:12 PM(UTC-4) | Direction: Incoming<br>Body: Haha I wish I still had my fb, I've got my boot camp graduation pic<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 26 | Phone | Fracker * | | Timestamp: 3/15/2021 10:56:12 PM(UTC-4) | Direction: Incoming<br>Body: ture on their. Imagine me at 170 pounds Holocaust skeletor<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 27 | Phone | | Fracker * | Timestamp: 3/15/2021 10:58:28 PM(UTC-4) | Direction: Outgoing<br>Body: US Army Ranger school, the original Hunger games<br>Participants:<br>Participant   Delivered   Read   Played<br>Fracker<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 28 | Phone | Fracker * | | Timestamp: 3/15/2021 10:58:42 PM(UTC-4) | Direction: Incoming<br>Body:<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 29 | Phone | Fracker * | | Timestamp: 3/15/2021 10:59:03 PM(UTC-4) | Direction: Incoming<br>Body: If I had to do it all over again, I think I'd definitely go rangers or SF<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 30 | Phone | Fracker * | | Timestamp: 3/15/2021 10:59:47 PM(UTC-4) | Direction: Incoming<br>Body: Although, being a brain washed alpha male apex predator killing machine was the tits hahaha<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |

| # | Type | | Fracker | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 31 | | | Fracker * | Timestamp: 3/15/2021 11:01:31 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** I literally found a cheese packet from a MRE someone lost on the course before us and hid it until I could find enough green leaves to make it into a sandwich and fucking ate it on watch at 0300<br>**Participants:**<br>Participant  Delivered  Read  Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** MMS<br>**Folder:** Sent | |
| 32 | Phone | | Fracker * | Timestamp: 3/15/2021 11:02:11 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Left at my height and 145lbs<br>**Participants:**<br>Participant  Delivered  Read  Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 33 | Phone | Fracker * | | Timestamp: 3/15/2021 11:02:25 PM(UTC-4) | **Direction:** Incoming<br>**Body:** That's true commitment. Goddamn son hahaha<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 34 | Phone | Fracker * | | Timestamp: 3/15/2021 11:03:14 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I snorted instant coffee while taking a shit to get through the last 10 hours of my crucible haha<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 35 | Phone | | Fracker * | Timestamp: 3/15/2021 11:03:39 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** 61 days and I might vividly remember 5<br>**Participants:**<br>Participant  Delivered  Read  Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 36 | Phone | | Fracker * | Timestamp: 3/15/2021 11:04:15 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Nice. I ate it but same<br>**Participants:**<br>Participant  Delivered  Read  Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |

| # | Type | From | To | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 37 | Phone | Fracker * | | 3/15/2021 11:04:49 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I'm sure that shit all blended together. My entire BCT week was just day turned to night a bunch of times lol<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 38 | | | Fracker * | **Timestamp:** 3/15/2021 11:07:28 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Basically hold on to the guys ruck in front of you while partially sleeping until you are assigned as PL and then hope your guys aren't so fucked up that you can't give basic commands<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** MMS<br>**Folder:** Sent | |
| 39 | Phone | | Fracker * | **Timestamp:** 3/15/2021 11:08:02 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Don't quit<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 40 | Phone | | Fracker * | **Timestamp:** 3/15/2021 11:08:28 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Don't get hurt<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 41 | Phone | Fracker * | | **Timestamp:** 3/15/2021 11:08:37 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Exactly! When I got assigned squad leader, I got fired the same day because one of my dudes towels wasn't perfectly folded and squared off hahaha<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 42 | Phone | Fracker * | | **Timestamp:** 3/15/2021 11:08:55 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I got the ever loving dog shit smoked out of me for that<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |

| # | Type | From | To | Timestamp | Message |
|---|---|---|---|---|---|
| 43 | Phone | | Fracker * | 3/15/2021 11:10:13 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** If by the middle of mountain phase if you actually know how many troops you are supposed to have you are probably good<br>**Participants:** Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 44 | Phone | | Fracker * | 3/15/2021 11:10:45 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Its fucking zombie land<br>**Participants:** Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 45 | Phone | Fracker * | | 3/15/2021 11:10:56 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I feel like mountain phase would be fun<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 46 | Phone | | Fracker * | 3/15/2021 11:12:07 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** If you like physical torture and broken ankles? Yeah<br>**Participants:** Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 47 | Phone | Fracker * | | 3/15/2021 11:12:26 PM(UTC-4) | **Direction:** Incoming<br>**Body:** I used to ♂<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 48 | Phone | Fracker * | | 3/15/2021 11:12:56 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Lol I graduated boot camp with a dislocated thumb I popped backed into place myself the wrong way hahaha<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |

| # | Phone | | | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 49 | Phone | | Fracker * | 3/15/2021 11:14:07 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** If you get recycled for anything that isn't sticking out of skin you are a pussy<br>**Participants:**<br>Participant — Delivered — Read — Played<br>▇▇▇▇ Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 50 | Phone | Fracker * | | 3/15/2021 11:14:34 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Goddamn right<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 51 | Phone | | Fracker * | 3/15/2021 11:15:38 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** I twisted my ankle so bad in Darby phase I couldn't take my boot off even to sleep<br>**Participants:**<br>Participant — Delivered — Read — Played<br>▇▇▇▇ Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 52 | Phone | Fracker * | | 3/15/2021 11:16:25 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Fuck, that sucks!!<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 53 | Phone | | Fracker * | 3/15/2021 11:17:00 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Thank God former students leave you food and medicine on known paths. Motrin kept me going<br>**Participants:**<br>Participant — Delivered — Read — Played<br>▇▇▇▇ Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 54 | Phone | Fracker * | | 3/15/2021 11:17:41 PM(UTC-4) | **Direction:** Incoming<br>**Body:** No shit? Like they legit are just leaving it behind so you find it? The instructors gotta know right?<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | Phone | | Fracker * | Timestamp: 3/15/2021 11:19:04 PM(UTC-4) | Direction: Outgoing<br>Body: Absolutely. They hide it but.... the RIs know, but as long as you sneak it they don't care<br><br>Participants:<br><br>Participant    Delivered    Read    Played<br><br>Fracker<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 56 | Phone | Fracker * | | Timestamp: 3/15/2021 11:19:22 PM(UTC-4) | Direction: Incoming<br>Body: Fuck yeah haha<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 57 | Phone | | Fracker * | Timestamp: 3/15/2021 11:19:47 PM(UTC-4) | Direction: Outgoing<br>Body: They come out after they graduate and stash shit.<br><br>Participants:<br><br>Participant    Delivered    Read    Played<br><br>Fracker<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 58 | Phone | | Fracker * | Timestamp: 3/15/2021 11:19:56 PM(UTC-4) | Direction: Outgoing<br>Body: I did too<br><br>Participants:<br><br>Participant    Delivered    Read    Played<br><br>Fracker<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |
| 59 | Phone | Fracker * | | Timestamp: 3/15/2021 11:20:16 PM(UTC-4) | Direction: Incoming<br>Body: That's fuckin awesome. I wish there was more like that<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 60 | Phone | | Fracker * | Timestamp: 3/15/2021 11:20:49 PM(UTC-4) | Direction: Outgoing<br>Body: Known PBS are covered with food and medicine<br><br>Participants:<br><br>Participant    Delivered    Read    Played<br><br>F<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |

| # | Type | From | To | Timestamp | Message |
|---|---|---|---|---|---|
| 61 | Phone | | Fracker * | 3/15/2021 11:21:59 PM(UTC-4) | **Direction:** Incoming **Body:** I can definitely get on board with that **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| 62 | Phone | | Fracker * | 3/15/2021 11:22:37 PM(UTC-4) | **Direction:** Outgoing **Body:** RIs even sometimes point out something if you are struggling with pain or hunger **Participants:** Participant / Delivered / Read / Played — Fracker **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** SMS **Folder:** Sent |
| 63 | Phone | Fracker * | | 3/15/2021 11:23:19 PM(UTC-4) | **Direction:** Incoming **Body:** I would think so, they know the struggle and probably took advantage of it themselves **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| 64 | Phone | | Fracker * | 3/15/2021 11:23:35 PM(UTC-4) | **Direction:** Outgoing **Body:** 100% **Participants:** Participant / Delivered / Read / Played — Fracker **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** SMS **Folder:** Sent |
| 65 | Phone | Fracker * | | 3/15/2021 11:24:13 PM(UTC-4) | **Direction:** Incoming **Body:** I like instructors who don't play God, and actually teach from the standpoint of when they went hrough **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| 66 | | | Fracker * | 3/15/2021 11:26:57 PM(UTC-4) | **Direction:** Outgoing **Body:** You should absolutely weed out the ones who can't hack it. But a solid dude who is injured and struggling or a kid who weighed 150lbs coming in but would starve himself to death before he quit? Absolutely **Participants:** Participant / Delivered / Read / Played — Fracker **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** MMS **Folder:** Sent |

| # | Type | From | To | Timestamp | Message |
|---|---|---|---|---|---|
| 67 | Phone | | Fracker * | 3/15/2021 11:27:38 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Oh for sure, I'm all about recognizing true fucking heart<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 68 | Phone | | Fracker * | 3/15/2021 11:28:28 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Did I ever tell you about water quals??<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 69 | Phone | Fracker * | | 3/15/2021 11:29:06 PM(UTC-4) | **Direction:** Incoming<br>**Body:** No lol but I'm excited to hear<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |
| 70 | | | Fracker * | 3/15/2021 11:31:28 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** You jumped in a Olympics size pool. 50lb weight on the bottom. You jump in, pick it up and carry it as far as you can, surface, breathe and then repeat until you got to the end<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** MMS<br>**Folder:** Sent |
| 71 | Phone | | Fracker * | 3/15/2021 11:32:27 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** One guy jumped in and carried the weight the entire way and came out damn near dead<br>**Participants:**<br>Participant   Delivered   Read   Played<br>Fracker<br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 72 | Phone | Fracker * | | 3/15/2021 11:32:52 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Fuck lol did he not get the memo?<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**Folder:** Inbox |

| 73 | Phone | | Fracker * | 3/15/2021 11:33:23 PM(UTC-4) | Direction: Outgoing<br>Body:<br>The RIs flipped shit on him for not following instructions and he told them.<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>Fracker<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |