Office of the
Chief Administrative Officer
U.S. House of Representatives
Washington, DC 20515-6860

May 25, 2022

To Whom It May Concern:

As a result of the attack on the United States Capitol on January 6, 2021, the Office of the Chief Adminstrative Officer, United States House of Representatives, suffered accountable damages of at least $547,411.27 and is seeking restitution of that sum through the cases being prosecuted by the United States. Our office continues to assess and address fallout from the attack and we would respectfully reserve the right to further adjust this figure in the future.

Sincerely,

*Catherine L. Szpindor*

Catherine L. Szpindor
U.S. House of Representatives
Chief Administrative Officer