SONCERIA ANN BERRY
SECRETARY

SUITE S–312
THE CAPITOL
WASHINGTON, DC 20510–7100
(202) 224–3622

# United States Senate
OFFICE OF THE SECRETARY

May 25, 2022

United States Attorney's Office
601 D Street, NW
Washington, DC  20530

To Whom It May Concern:

    As a result of the riot that occurred at the United States Capitol on January 6, 2021, the Office of the Secretary of the Senate suffered damages in the amount of $32,075.00 and is seeking restitution of that sum through the cases being prosecuted by the United States.

                                                  Sincerely,

                                                  Jennifer Krafchik
                                                  Collections Manager, Senate Curator
                                                  Secretary of the Senate