**Date:**   August 08, 2022

**To:**   Honorable Judge Cooper

**From:**   Laura Leigh Price

   5512 Quail Ridge Circle

   Roanoke, Virginia 24018

   540.204.5406

   Crz4my3@hotmail.com

**Referencing:** Jacob Malone Fracker

Your Honor:

By way of introduction my name is Laura Leigh Price. I am the mother of Jacob Malone Fracker who is due to stand before you for sentencing on August 16th having entered a guilty plea accepting responsibility for his actions at the Capitol on January 6th, 2021.

As a parent having most influence in my son's life, I am writing to you today to offer a fuller picture of Jacob and his character.

Jacob has always been very responsible and as a result often looked after his little brother during the summers while I was at work, they are 9 years part. The following story captures the heart of Jacob.

On one such summer day Jacob had taken his brother to the library for Story Time. After, they stopped at McDonalds to buy him lunch. Jacob called me while there to let me know they were ok and would be heading home shortly. I thanked him for checking in. They made a quick stop at the convenience store, Jacob bought his brother candy and then headed home.

That is when it began to rain very heavily, a complete down pour. Though Jacob was driving responsibly the car hydroplaned in a curve and went off the road over a cliff side incline and landed at the bottom across a creek and wedged against a tree. Thank God there were no serious injuries.

Jacob jumped into action when he realized he could not get the doors open. He busted out the rest of the front glass, crawled through the front window, jumped into the water and on to the back of the trunk. He then crawled in through the busted back window. Jacob got his brother out of his car seat and then carried him up the steep incline to the top of the road where a neighbor had made his way to them.

His brother Danny James was hysterical, and Jacob consoled him as best he could and letting him know he was ok. In true young kid fashion, his brother told him no because the candy Jacob bought him was still in the car and he would never have it, so it would never be OK. At that moment, Jacob asked the neighbor to hold his brother. He made his way back down the cliff side. He went back into the car and retrieved his brother's candy, bringing it back up top to him. His brother is now twenty-two. He still considers Jacob a hero for his actions that day and so do I. As a young teen he could have easily panicked but instead in true Jacob fashion he jumped into action to ensure he got his brother to safety and did all he could to keep him calm.

Kind, Caring, Loving, a true caretaker is at the root of Jacob's being. He loves God, his Country, and his Family. I know he would never intentionally risk the wellbeing of his family and most importantly the love of his life, his daughter Serenity. The two of them are inseparable. It is unconscionable that he would ever do anything intentional to jeopardize their ability to be together. There is nothing more important to him than being there for his daughter and nothing is more important to Serenity than her daddy.

I cannot speak to why Jacob put himself in that situation on January 6th as it is very out of character for him. Jacob has selflessly served his Country through many deployments, and I am sure he has seen things most of us cannot imagine and has lost many dear friends. What I can attest to is that Jacob was raised in a loving and kind family environment with strong moral values. He was taught to show respect. He is the Yes Sir, Yes Mam, Please and Thank You gentleman he was raised to be in that regard.

I can only think that there was some influence by his Sargent of the Rocky Mount Police Force TJ Robertson and at that time Donald J. Trump as the Commander in Chief. I do not think Jacob understood the scope of the situation he walked into, but he certainly gets it now. Jacob is deeply remorseful and if he could go back in time and make a different choice he would.

It is important to me that you know Jacob was not raised with a sense of entitlement. He was raised mostly by me a single mom along with his two other brothers. None of them have ever been in any trouble. Jacob graduated high school with an Advanced Diploma with two seals of Excellence from Franklin County High School in Rocky Mount, Virginia. He always appreciated how hard I worked to provide for them.

This incident has forever changed Jacob. He is a humbled man. As always, he has taken responsibility for his actions. However, there is more than just Jacob to consider here. His daughter Serenity's life will forever become negatively impacted if she wakes to find her daddy not in it for an extended period. I ask you for leniency for Jacob for myself and for his daughter. We are all serving the punishment of that day.

I too Sir am deeply remorseful for the actions of my son on January 6th, just heartbroken over the entire situation. At the end of the day, I raised him. No matter their age you never stop being their parent and therefore wanted to offer my humblest apology as well.

In closing, my ask is that you consider the whole character of Jacob when he stands before you on August 16th, understanding that yes, he made a huge mistake to which he is very remorseful. It has affected his life negatively in so many ways, personally, financially, and publicly he continues to suffer from the decision he made that day so much as we all have.

Sincerely,

*Laura Leigh Price*
Laura Leigh Price