Maurice Biggs King Jr.

08 August 2022

To the Presiding Judge
Honorable Judge Cooper

**RE: Character reference for Jacob Malone Fracker**

My name is Maurice King and I am a full time Human Resource Manager for⬚⬚⬚ t
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚. I am also a U.S. Army Veteran with greater
than 25 years of service.

I am aware of Jake's situation and the enormous amount of guilt both he and the Family
bare. Jake comes from a Family of Veterans that have served in all branches of Service.
While I would hate to see Jake have to do hard time for his actions, I can tell you he has
already put many hard days behind him. As with any uniformed service member, be it
military, police, or firefighter, we all stand ready to accept responsibility for our actions and
we do so with no hesitation.

I understand that Jake has cooperated with the appropriate authorities and that a decision
that will affect not only his future but the future of his daughter is about to be made. Having
two daughters myself, I know full well what the absence of a father can do to a young
daughter and I hope and pray that Serenity does not have to experience a long term
absence of her Father - I believe this would be very devastating to the young girl.

I have known Jake for most of his life. Jake is my nephew, my Sister's Son. His parents
although separated raised both he and his brothers with strong values and discipline. Jake
has always excelled at whatever he was pursuing. I know he loved the police Department
and the Community that he served in Rocky Mount, VA. I remember he had taken time to
help some kids and participated in a community dance that made the papers not long after
joining the force. I know he became very passionate about being a K-9 Handler and
working with a K-9 Officer.

Jake is a friendly and polite young man and has never turned away from hard work or
shirked responsibility. His character has always been above board and he has served with
great distinction and has not previously been in trouble, be it with the military or his
beloved Police Department.

In my opinion, Jake has a bright future ahead of him - if he is allowed a second chance. A
chance that I know he would not take for granted. Please consider giving this young man
the opportunity to prove he can rise even higher, that he can right a wrong, and that with
time he can rebuild that trust with his Community, his Government, his Family and himself.

I welcome the opportunity to comment further. Please contact me at ⬚⬚⬚⬚⬚⬚

Respectfully,

*Maurice Biggs King Jr.*
Command Sergeant Major
Retired, USA

From: **Grace King** <
Date: Tue, Aug 2, 2022, 8:51 AM
Subject: Jacob Fracker Reference
To:

Honorable Judge Cooper,

My name is Grace King and Jacob Fracker is my grandson. I would like you to know that Jacob is a good young man. He enlisted in the military and also served as a police officer so he cares about serving his country and community. He has a very young daughter whom he adores and an extended family who love him. Going to the January 6th Capital riots was wrong and he now understands that. I believe he was caught up in the emotions of the election and influenced by a senior supervisor. He has already paid a high price for his mistake by losing his job as a police officer and the stigma will follow him for many years impacting his ability to gain employment. If given the chance he will redeem himself many times over. I ask that you take these things into consideration as you determine his sentence.

Best Regards,
Grace King

Honorable Judge Cooper,

I am writing today to provide insight to the character of Jacob Fracker. I am his aunt. I have known him his whole life, apart from a few days at the beginning. Although we have not lived in proximity, like all other aunts, distance does not displace the love you have in your heart for those you care about. I could tell you a page full of family memories that I hold dear. However, I want to start with this...from a very young age Jacob was a kind and caring soul. So much so that his younger cousin, my daughter, would follow him around googly eyed wanting to hold his hand or to be in his space. He did not judge her and send her off. He always protected her feelings. Fast forward eighteen plus years later, and he still was that protective figure calling her while he was in Service to check-in on her at college and thanking her for his care packages.

Jacob is service oriented. He was probably nearer the top of his class in grades, but when he was thinking of his future, it was not about what he could do for himself. It was all about what he could do for his country. His mind was made up long before graduation. After serving in multiple deployments and bearing witness to things he does not even speak of today, his natural inclination when he came home was to serve again in his community as a police officer.

Jacob is a standup guy. His daughter, Reni, she is his heart. In a world where fifty percent of marriages end in divorce, Jacob has fought for his family. He has never walked away from hard things. He is a hands-on dad and has as great of a love for family as he does of country. Most recently, at my mom's 80th birthday party, it was Jacob Fracker standing beside me without having to ask, helping me serve other people cake. When it came time for pictures, he stood quietly in the back right. I have never known him to seek attention to himself.

If I had to tell you a character flaw, it would be that Jacob puts himself last. He believes in a greater good. He has served honorable, and he holds tight to noble ideas that puts others ahead of self. As the rest of us, he is made perfectly imperfect. Sometimes we each hold truths that much like art change as we continue to view the picture from multiple angles and see over time there are multiple layering of ideas that go into what we think we see vs what the whole time was there. And we learn and we grow.

As we all continue to learn and grow from the world around us, I respectfully ask that you consider the whole of Jacob at this time.

Kind Regards,

Paige Lafon