UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 1:21-cr-00034-CRC |
| | : |
| THOMAS ROBERTSON | : |
| | : |
| | : |
| **Defendant.** | : |

## MOTION TO WITHDRAW

Undersigned counsel respectfully seeks leave of the Court to withdraw as counsel of record in this case. Effective August 16, 2024, undersigned counsel will be leaving the U.S. Department of Justice and therefore can no longer serve as counsel of record in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/Risa Berkower*
RISA BERKOWER
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, DC  20530
Phone: (202) 803-1576
Risa.berkower@usdoj.gov